Exhibit B

1

1   UNITED STATES DISTRICT COURT

2   SOUTHERN DISTRICT OF NEW YORK

3   ------------------------------------------------- x

4

    In re:  VEECO INSTRUMENTS, INC.

5

                SECURITIES LITIGATION

6

7   ------------------------------------------------- x

8

9

10

11        DEPOSITION of STEELWORKERS PENSION FUND, by

12   WILLIAM DODGE, taken pursuant to subpoena, held

13   at the offices of Gibson, Dunn & Crutcher, LLP,

14   200 Park Avenue, 48th Floor, New York, New York

15   10166, on December 15, 2005, at 2:00 p.m.,

16   before, a Notary Public within and for the State

17   of New York.

18

19

20

21   *********************************************

              BARRISTER REPORTING SERVICE, INC.

22                 120 Broadway

                 New York, N.Y. 10271

23                 212-732-8066

24

25

**2**

```
1
2   A P P E A R A N C E S:
3
4      BERGER & MONTAGUE, P.C.
           Attorneys for STEELWORKERS
5        PENSION FUND
           1622 Locust Street
6        Philadelphia, PA  19103
7      BY:  PHYLLIS PARKER, ESQ.
             -and-
8        JESS OSTERWISE, ESQ.
9
10
11   GIBSON, DUNN & CRUTCHER, LLP
           Attorneys for VEECO
12       INSTRUMENTS, INC.
           200 Park Avenue
13       New York, New York  10166-1093
14     BY:  ROSS WALLIN, ESQ.
15
16
17   KIRKPATRICK & LOCKHART
       NICHOLS & GRAHAM, LLP
18       Attorneys for WILLIAM DODGE
           1800 Massachusetts Avenue, NW
19       Washington, D.C.  20036
20     BY:  JUDITH STURTZ KARP, ESQ.
21
22             xxxxx
23
24
25
```

**3**

```
1
2       S T I P U L A T I O N S
3
4        IT IS HEREBY STIPULATED AND AGREED by and
5    between the attorneys for the respective parties
6    herein, that filing, sealing and certification,
7    and the same are, hereby waived.
8
9        IT IS FURTHER STIPULATED AND AGREED that
10   all objections except as to the form of the
11   question, shall be reserved to the time of the
12   trial.
13
14       IT IS FURTHER STIPULATED AND AGREED that
15   the within deposition may be signed and sworn to
16   by an officer authorized to administer an oath,
17   with the same force and effect as if signed and
18   sworn to before the Court.
19
20
21             xxxxx
22
23
24
25
```

**4**

```
1
2    W I L L I A M   D O D G E,
3        having been first duly sworn before a Notary
4        Public of the State of New York, was
5        examined and testified as follows:
6
7    EXAMINATION BY
8    MR. WALLIN:
9    Q    State your name for the record,
10   please.
11   A    William Dodge.
12   Q    State your address for the record,
13   please.
14   A    331 Newman Springs Road, Suite 122,
15   Red Bank, New Jersey 07701.
16   Q    Good afternoon, Mr. Dodge.  My name
17   is Ross Wallin.  We represent the defendants
18   in the Veeco Instruments Securities
19   Litigation.  I appreciate you appearing by
20   telephone for a deposition.  I know that's
21   not an ideal way to do a deposition.
22        Given that we are doing it by
23   telephone, let me explain to you some of the
24   ground rules for depositions in general and
25   some of the ground rules that we're going to
```

**5**

```
1              Dodge
2    try to observe since this is by telephone.
3        I'm going to be asking you questions,
4    and if I ask you a question that is
5    confusing to you for some reason, then I
6    would like for you to let me know and I will
7    consider at that time whether I need to
8    rephrase the question.  Otherwise, if you
9    don't understand that -- if you don't say
10   anything, I'm going to assume that you did
11   understand the question and I'm going to
12   look to you for an answer.
13        It's important in any deposition for
14   the attorneys and the witness to avoid
15   talking over each other because it makes it
16   hard for our court reporter to get
17   everything down.  Since we are proceeding by
18   telephone, that is especially important, so
19   I'm going to try and be very conscious of
20   not starting to talk until you're done with
21   your answers, and I would likewise ask that
22   you be very careful to let me finish my
23   question before you start answering and also
24   to allow for a brief pause after I state my
25   questions to make sure that your counsel
```

6

Dodge

2  doesn't feel she needs to object for some
3  reason.
4       Do you understand all that?
5  A    I do.
6  Q    Okay. Have you ever been deposed
7  before?
8  A    Yes, I have.
9  Q    On how many occasions?
10 A    Twice.
11 Q    When was the last time you were
12 deposed?
13 A    1988.
14 Q    And what sort of matter was it?
15 A    It involved the Commodity Futures
16 Trading Commission versus a local lead
17 dealer, Chicago Board Options Exchange,
18 usually referred to as the CBOE.
19 Q    Were you a party in that litigation?
20 A    No, we were not.
21 Q    Were you deposed as a nonparty
22 witness?
23 A    That's correct.
24 Q    When were you deposed prior to that?
25 A    I can't give you the exact date.

7

Dodge

2  '78, '79. Somewhere in that time frame.
3  Q    What type of matter was that related
4  to?
5  A    A dispute over property rights, I
6  guess. I couldn't even begin to describe
7  exactly what the nature, you know, the
8  specific nature of it was.
9  Q    Okay. Were you a party in that
10 litigation?
11 A    No.
12 Q    Have you ever given testimony in
13 court before?
14 A    No.
15 Q    I'll just try and run through these
16 background questions relatively quickly
17 since we don't have a lot of time.
18      When did you graduate from college?
19 A    My last degree was in 1980, master's
20 degree from the University of Massachusetts.
21 Before that, 1976, the University of
22 Massachusetts.
23 Q    What was your master's degree in?
24 A    General business and finance.
25 Q    What was the first job you held after

8

Dodge

2  you graduated from college?
3  A    Research assistant.
4  Q    For whom?
5  A    American Institute of Counselors?
6  Q    What type of organization is American
7  Institute of Counselors?
8  A    Investment organization, investment
9  management firm.
10 Q    How long did you stay in that
11 position?
12 A    Until September of 1979.
13 Q    I see. So you started with --
14 started with them prior to graduating from
15 college?
16 A    The undergraduate -- no. I graduated
17 the December semester in 1975. The date on
18 my degree is the following graduation year.
19 Then I started working in February of 1976.
20 I had been in the Marine Corps, and I had
21 off -- came back to school in January
22 instead of September.
23 Q    What was the next job that you held?
24 A    I was a securities analyst for
25 American Security Bank of Washington, D.C.

9

Dodge

2  Q    For what period of time?
3  A    1979 to 1981.
4  Q    What was your next job after that?
5  A    Chief investment officer, National
6  Bank of Washington, Washington, D.C.
7  Q    What period of time were you the
8  chief investment officer for that
9  organization?
10 A    November 1981 to August of 1983.
11      MS. KARP:  Bill, this is Judy.
12 Just slow down.
13 Q    What was your next job after that?
14 A    E.I. DuPont in the DuPont Pension
15 Fund in Wilmington, Delaware.
16 Q    What responsibilities did you have
17 with respect to that pension fund?
18 A    I was a director of quantitative
19 equity strategies and senior portfolio
20 manager.
21 Q    What were your responsibilities in
22 that position?
23 A    I managed $4.3 billion of domestic
24 equity assets.
25 Q    Were these assets of DuPont?

10

Dodge

2 A    They were assets of the retirement
3 plan for DuPont employees.
4 Q    How long did you hold that position?
5 A    Until October of 1991.
6 Q    Maybe I misunderstood. Was that
7 before or after you worked for National
8 Bank? Wait, no. That's after. Fine.
9       What was the next job after that?
10 A    I was the chief investment strategist
11 and chairman of the investment policy
12 committee for Dean Witter Discover in New
13 York City.
14 Q    During what period of time did you
15 hold that position?
16 A    October 1991 to April 1, 1996.
17 Q    What were your job responsibilities
18 there?
19 A    To set policy and communicate policy
20 to the clients, Dean Witter.
21 Q    Policies of what sort?
22 A    Specific investment recommendations
23 with respect to allocations to stocks and
24 bonds as well as individual securities to be
25 purchased, mostly equity investments.

11

Dodge

2 Q    Was this primarily with
3 high-net-worth individuals?
4 A    There were roughly 2.5 million
5 clients and they were broadly across retail,
6 small and high-net-worth individuals as well
7 as major institutions in the United States,
8 Europe and Australia, Canada as well.
9 Q    Did you move to Fox Asset Management
10 after you left Dean Witter?
11 A    I did not.
12 Q    What was your next job after Dean
13 Witter?
14 A    Marvin & Palmer Associates in
15 Wilmington, Delaware.
16 Q    What position did you hold there?
17 A    President and senior portfolio
18 manager.
19 Q    What period of time did you hold that
20 position?
21 A    April 1996 to April 1998.
22 Q    What were your job responsibilities
23 there?
24 A    Managed domestic equity assets.
25 Q    What was the total amount of the

12

Dodge

2 assets you were managing at Marvin & Palmer
3 Associates?
4 A    Approximately 600 million. I'm not
5 certain of the exact amount.
6 Q    What job did you next have after you
7 left Marvin & Palmer Associates?
8 A    I was the president and chief
9 investment officer of equities for Delaware
10 Equity Investors in Delaware, Pennsylvania.
11 Q    What were your job responsibilities
12 at Delaware Equity Investors?
13 A    I oversaw the investment programs for
14 54 investment managers who managed -- excuse
15 me, portfolio managers and analysts who
16 managed mutual funds and separate accounts
17 for institutions and individuals.
18 Q    How long did you hold that position?
19 A    Until December 31, 2002.
20 Q    What position did you hold after you
21 left Delaware Equity Investors?
22 A    I started my own firm, Nine Gates
23 Capital, LLC.
24 Q    How many employees were there in Nine
25 Gates Capital?

13

Dodge

2 A    Four.
3 Q    Were you the only principal?
4 A    I was the sole member.
5 Q    Is that organization still in
6 operation?
7 A    No. The corporate shell still exists
8 as a legal entity but has assigned all its
9 entities to my current firm, Fox Asset
10 Management.
11 Q    When did that take place?
12 A    Approximately March 9th, 2005.
13 Q    Am I correct that Fox Asset
14 Management had been in existence prior to
15 your assignment of Nine Gates Capital's
16 assets to that firm?
17 A    You would be correct in that
18 assumption.
19 Q    But you didn't work for Fox Asset
20 Management prior to March 9, 2005?
21 A    That's correct.
22 Q    Are you currently a member of Fox
23 Asset Management?
24 A    Yes.
25 Q    How many other members are there?

14

Dodge

2  A    Fox Asset Management, LLC, I believe
3  there are two or members.
4  Q    Who are they?
5  A    I believe James B. Hawks, chairman,
6  Eaton, E-A-T-O-N, Vance, V-A-N-C-E,
7  Companies in Boston, a parent of Fox Asset
8  Management, LLC, and Jeffrey Balae,
9  B-A-L-A-E, chief investment officer of Eaton
10  Vance Companies, Boston, Massachusetts.
11  Q    Is Peter Skirkanich currently
12  employed by Fox Asset Management?
13  A    He is not.
14  Q    Do you know when he left the firm?
15  A    I believe it was November 7th of
16  2004, but I'm not one hundred percent
17  certain. Close to that date.
18  Q    Do you know the reason why he left?
19  A    He resigned and retired.
20  Q    Is Robert Lamberti still employed by
21  Fox Asset Management?
22  A    He is not.
23  Q    Do you know when he left the firm?
24  A    Approximately January 8th of 2005.
25  Q    Do you know why he left?

16

Dodge

2  Steelworkers Pension Trust?
3  A    At the present time that would be me.
4  Q    How long have you been directly
5  responsible for managing the Steelworkers
6  Pension Trust assets?
7  A    I'm not sure if there is a specific
8  date I can refer to, but it would be in the
9  May to June time of this year.
10  Q    Is there some business reason why you
11  assumed responsibility for the Steelworkers
12  Pension Trust assets at that time?
13  A    It's been my intention to be involved
14  in the management of client accounts in
15  particular clients whose mandates are for
16  large cap value investments, and it's a very
17  important client to us and I also take a
18  very special interest because of that, and I
19  have a past relationship with one of the
20  advisors to the pension trust.
21  Q    Which advisor are you referring to?
22  A    Mr. Howard Klutz, K-L-U-T-Z.
23  Q    What is your previous relationship
24  with Mr. Klutz?
25  A    He was a salesman who covered me at

15

Dodge

2  A    He did not give a reason for
3  resigning.
4  Q    What are your current job
5  responsibilities at Fox Asset Management?
6  A    I am the chief executive officer,
7  president of Fox, and I am responsible for
8  all activities at Fox Asset Management, LLC
9  on a day-to-day basis.
10  Q    How many employees does -- how many
11  professional employees does Fox Asset
12  Management have?
13  A    I'm sorry. Do you mean to say
14  investment professionals?
15  Q    That's exactly what I mean.
16  A    Nine.
17  Q    Is that including you?
18  A    That includes me.
19  Q    Does Fox Asset Management currently
20  have a relationship with the Steelworkers
21  Pension Trust?
22  A    Yes, they do.
23  Q    Is there a particular investment
24  professional that is primarily responsible
25  currently for investing on behalf of the

17

Dodge

2  the National Bank of Washington.
3  Q    What is your understanding of the
4  services that Mr. Klutz provides to the
5  Steelworkers Pension Trust currently?
6  A    I couldn't give you a specific
7  definition.
8  Q    Well, was he responsible for
9  reviewing the investment performance of the
10  Steelworkers Pension Trust money managers?
11  A    I would -- our interaction with
12  Mr. Klutz suggests that he does maintain
13  records concerning the performance and may
14  function in what I would describe -- and
15  it's my terminology -- a business manager.
16  He obviously also works closely with
17  an investment management consultant; I
18  believe it's Dahab Associates, in reviewing
19  manager performance and manager selection,
20  but I do not know his former role or title.
21  Q    Do you know Mr. Dahab?
22  A    I've met Mr. Dahab once previously.
23  Q    When was that?
24  A    Spring of 2005.
25  Q    How many clients are currently

18

```
1              Dodge
2  investing through Fox Asset Management?
3  A     I don't know exactly.  The total
4  number of accounts at Fox's is slightly in
5  excess of a thousand.
6  Q    . How many accounts are as large or
7  larger than the Steelworkers Pension Trust?
8  A     Less than five.
9  Q     Did you have any relationship with
10 the Steelworkers Pension Trust prior to
11 joining Fox Asset Management?
12 A     I have not.
13 Q     Do you know what the total amount of
14 assets that the Steelworkers Pension Trust
15 currently has invested through Fox Asset
16 Management?
17 A     Exactly, I do not.
18 Q     Approximately?
19 A     A hundred million.
20 Q     Do you have a sense of how in the
21 aggregate the Steelworkers Investment Trust
22 assets have -- strike that question.
23        Do you have a sense of how the assets
24 the Steelworkers Investment Trust has
25 invested through Fox Asset Management have
```

20

```
1              Dodge
2  assumption of those duties in May or June of
3  2005?
4  A     Doug Edler.
5  Q     How do you spell that last name?
6  A     E, as in Edward, D-L-E-R, and before
7  that, up until his resignation, Robert
8  Lamberty.  And prior to that and from
9  inception until I believe the year 2000,
10 Peter Skirkanich.
11 Q     Do you have -- do you know the dates
12 for which Mr. Skirkanich managed the steel
13 pension trust investments, approximately?
14 A     I don't know the date in the year
15 2000, or the month even.
16 Q     Do you know when he passed the duties
17 to Mr. Lamberti?
18 A     Yes, but he was the portfolio manager
19 responsible for the account from the signing
20 of the contract through his retirement and
21 resignation in November of '04.  The sole
22 portfolio manager, actually.
23 Q     Am I correct then that Mr. Lamberti
24 managed it from November of '04 through
25 January 8th of 2005?
```

19

```
1              Dodge
2  perform over the last two years?  Perhaps we
3  can put a finer point on it.  Has it out
4  performed the S&P?
5  A     Yes.
6  Q     Do you know by how much?
7  A     Off the top of my head, no.  I have
8  it right here in front of me on the
9  computer.  Can I look it up if you'd like to
10 know?
11 Q     I don't think that's -- that's not
12 necessary to take your time to do that.
13 A     It's a relatively wide margin versus
14 the S&P, but I don't know precisely over the
15 last two years.
16 Q     How many clients, for how many
17 clients are you personally supervising their
18 investment currently?
19 A     Seven, perhaps.
20 Q     Are they all large accounts?
21 A     Yes, they tend to be large accounts.
22 Q     Do you know who at Fox Asset
23 Management was responsible for making
24 investment decisions concerning the
25 Steelworkers Pension Trust prior to your
```

21

```
1              Dodge
2  A     I would say yes, to approximately
3  those dates.
4  Q     And Mr. Edler managed the investments
5  from January 8, 2005 through May or June of
6  2005?
7  A     April, May.
8  Q     Is Mr. Edler still with Fox Asset
9  Management?
10 A     He is.  Yes, he is.
11 Q     Did your assumption of the position
12 of investment manager of securities for the
13 Steelworkers Pension Fund have anything to
14 do with Mr. Edler's performance?
15 A     No, sir.
16 Q     Do you have any other training in
17 accounting other than whatever you received
18 in the course of getting your MBA?
19 A     Do you mean accounting specifically,
20 specifically what would be a CPA or
21 something like that?
22 Q     Yes.
23 A     No.
24 Q     Do you have any training in finance
25 other than what you received through the
```

22

Dodge

1
2  course of getting your MBA?
3  A    No.
4  Q    Does Fox Asset Management manage its
5  own investments as well as the investments
6  of others?
7  A    Fox, yes.
8  Q    How much of the -- how much Fox
9  assets are under investment?
10  A    Less than $250,000.
11  Q    Maybe you can just briefly describe
12  to me the business mission of Fox Asset
13  Management as you understand it.
14  A    Well, our mission is to manage our
15  client assets in accordance with a value
16  discipline and achieve performance results
17  in excess of standard industry benchmarks
18  across a range of value products.
19  Q    What do you mean when you say you try
20  to achieve results across a range of value
21  products?
22  A    We have small cap, mid cap and large
23  cap value products and we have others across
24  the capitalization spectrum, each of which
25  is evaluated traditionally by standard

23

Dodge

1
2  benchmarks, such as the S&P 500, Russell
3  indexes or custom benchmarks.
4  Q    Do clients invest in a particular
5  type of fund within Fox Asset Management?
6  In other words, do they focus on small cap,
7  mid cap or large cap?
8  A    Could you repeat that question?
9         MR. WALLIN: Why don't we just
10         strike that question. . Let me try and
11         ask it again.
12  Q    Do individual clients of Fox Asset
13  Management set their own investment
14  strategies?
15  A    Yes.
16  Q    What is your understanding of what
17  the Steelworkers Pension Trust investment
18  strategy was?
19  A    They want us to use a broad value
20  benchmark, and we are encouraged to invest
21  across the value spectrum in small, medium
22  and large capitalization stocks consistent
23  with our underlying investment process.
24  Q    Can you describe your underlying
25  investment process?

24

Dodge

1
2  A    We are value investors in the
3  tradition of Benjamin Graham and Paul
4  Miller, and we do not buy securities. We're
5  a price/earnings ratio. Our price to cash
6  flow, our multiples exceed 80 percent of the
7  underlying benchmarks. P/E ratios are
8  priced to cash flow, multiple.
9         We -- after we have screened the
10  market for companies that passed that
11  threshold, we examine the overall quality of
12  the company's balance sheet, its industry
13  position and relative competitive advantages
14  or disadvantages, the quality of management,
15  and we select securities after that
16  evaluation for inclusion of the portfolio.
17         We meet as a group. We have an
18  investment committee that reviews new
19  recommendations prior to inclusion of client
20  portfolios. We buy the stocks and with an
21  independent trading desk.
22  Q    Does Fox Asset Management focus in
23  particular sectors for their investors?
24  A    Sector allocations are the residual
25  of our screening process and are subject to

25

Dodge

1
2  evaluation. We, from time to time, have
3  significant exposures to industries, and it
4  varies from time to time when we have
5  significant exposures. We have limits with
6  respect to percentage of the portfolio that
7  can be in any given industry or in any
8  different securities. That does provide a
9  cap to that exposure.
10  Q    In which sector would you place Veeco
11  Instruments?
12  A    Broadly, technology or instruments,
13  electronic instruments.
14  Q    When did you first hear of Veeco
15  Instruments?
16  A    Veeco, 1981. Somewhere back in the
17  '80s.
18  Q    Have you ever purchased Veeco
19  Instruments securities for a client other
20  than the Steelworkers Pension Trust?
21  A    I believe so.
22  Q    I won't ask you the details about
23  them now.
24  A    I believe the National Bank of
25  Washington, somewhere in 1981, 1982.

26

Dodge

2 Q    Any other purchases that you can
3 recall?
4 A    I think I can say emphatically, no.
5 Q    Who is currently on the investment
6 committee of Fox Asset Management?
7 A    Bill Dodge, Doug Edler, Greg Greene,
8 G-R-E-E-N-E, George Pierides,
9 P-I-E-R-I-D-E-S, Phil Laverson,
10 L-A-V-E-R-S-O-N, Bradley Ohlmuller,
11 O-H-L-M-U-L-L-E-R, and Phillip Sloan,
12 S-L-O-A-N.
13 Q    That sounds like the entire list of
14 investment professionals; is that correct?
15 A    It is not correct.  That are two,
16 three others that are not there.
17 Q    Okay.  And how often does the
18 investment committee meet?
19 A    Approximately weekly, or as market
20 conditions dictate.
21 Q    Do you have the final say currently
22 on all investment decisions?
23 A    I hope so.
24 Q    You sound skeptical.
25 A    Not really.  Yes, I do.

27

Dodge

2 Q    Who had that responsibility prior to
3 you?
4 A    During the period between
5 Mr. Lamberti and myself, it was a committee.
6        MS. KARP:  Did you mean to say
7 between you and Lamberti?
8        THE WITNESS:  I did.  I do
9 mean between Lamberti and myself.
10        That -- to be specific, that
11 time period between Lamberti's
12 departure and my arrival in early
13 March, the chair of the investment
14 committee was a committee of three
15 persons.
16 Q    Do you know their names?
17 A    Yes, I do.  George Pierides, Greg
18 Greene, Doug Edler.
19 Q    Did Mr. Skirkanich have the final say
20 on investment decisions prior to
21 Mr. Lamberti?
22 A    That's correct.
23 Q    How would you characterize the
24 Steelworkers Pension Trust investment
25 objectives?

28

Dodge

2 A    To exceed the S&P 500, Russell 1000
3 value benchmarks over time.
4 Q    Do you feel that Fox Asset Management
5 has met those investment objective over the
6 last two or three years?
7 A    Absolutely.
8 Q    How would you characterize the
9 Steelworkers Pension Trust's tolerance for
10 risk?
11 A    I think their tolerance for risk is
12 defined by a well-diversified portfolio, and
13 they don't go beyond that.
14 Q    Has Fox Asset Management, or I should
15 say during the last three years has Fox
16 Asset Management purchased any other
17 securities on behalf of the Steelworkers
18 Pension Trust other than equities?
19 A    I couldn't say for sure.
20 Q    Are you aware of the purchase of
21 anything other than equities?
22 A    I am not aware of the purchase of
23 anything other than equities.
24 Q    Do you know if Fox Asset Management
25 has ever purchased options on the

29

Dodge

2 Steelworkers Pension Fund's behalf?
3 A    There would be no circumstances that
4 I imagine that they would have done that.
5 Q    Has Fox Asset Management ever
6 purchased securities on margin on the
7 Steelworkers Pension Fund's behalf?
8 A    I can't imagine any circumstances
9 which they would ever do that.
10 Q    How many securities transactions does
11 Fox Asset Management typically engage in on
12 the Steelworkers Pension Trust behalf in a
13 given year?
14 A    I think you should rephrase the
15 question.  I can't answer it specifically.
16        I might answer the question as
17 follows by saying or getting at the point
18 which is our turnover ratio or that
19 percentage of the market value of a
20 portfolio at December 31st of any year that
21 we turn over or sell and buy securities with
22 is about 25 percent or 30 percent, so the
23 average holding period for securities in our
24 account is three to four years, usually.
25 Q    Is that across all of Fox Assets

30

Dodge

1
2  Management's account or just the
3  Steelworkers?
4  A    I would say that can be generalized
5  plus or minus five percent or so, ten
6  percent, across all of our products.
7  Q    Let me ask you a slightly different
8  question: How many different securities is
9  Fox Asset Management currently invested in
10 on the Steelworkers Pension Trust behalf?
11 A    Approximately 53.
12 Q    Do you know if that number has
13 changed significantly over the last two or
14 three years?
15 A    I do not know.
16 Q    Who is Fox Asset Management's main
17 contact person currently at the Steelworkers
18 Pension Trust?
19 A    Howard Klutz.
20 Q    Is Mr. Klutz an employee of the
21 Steelworkers Pension Trust?
22 A    I don't believe so. I'm sure he's
23 not, actually. No, he's not.
24 Q    How often does Fox Asset Management
25 speak to Mr. Klutz concerning the

31

Dodge

1
2  Steelworkers Pension Trust's investments?
3  A    Do you mean voice communication?
4  Q    I should say how often does Fox Asset
5  Management communicate with Mr. Klutz
6  concerning the Steelworkers Pension Trust
7  concerning investments?
8  A    Once a month, at least.
9  Q    Are those communications typically by
10 telephone?
11 A    I'd say they are more often e-mailed
12 or written letters.
13 Q    And are these communications
14 primarily with you currently?
15 A    I believe there's a carbon or cc to
16 the marketing contact, our client service
17 person, Phillip Sloan and myself. We get
18 regularly our performance rank versus the
19 other managers and -- that are managing the
20 Steelworkers funds so we can see how we're
21 doing relative to other people.
22 Q    And how have you done over the last
23 two or three years relative to the
24 Steelworkers' other money managers?
25 A    I think we're either -- I'm not sure

32

Dodge

1
2  if we're number 1 or number 2 in equities,
3  and I think that's the strongest category.
4  Year to date, I believe we're number 2. I
5  have information here -- well, that's what
6  it is.
7  Q    Does that hold true for the prior two
8  years as well?
9  A    You know, gives us the year to date
10 information because -- I can't answer that,
11 because I came after the year end. I have
12 not looked at and have not seen what it was
13 for the year to end. I know they're happy
14 with the relationship, so I'm assuming we've
15 been in the top two or three.
16 Q    Are you the person at Fox Asset
17 Management that is currently primarily
18 responsible for communicating with
19 Mr. Klutz?
20 A    From an investment perspective I am,
21 and from a general administrative point of
22 view I am not.
23 Q    Mr. Sloan is the person for the
24 administrative point of view?
25 A    That's correct.

33

Dodge

1
2  Q    Were Mr. Lamberti and Mr. Skirkanich
3  the primary investment contacts with
4  Mr. Klutz prior to you?
5  A    Well, they were the primary
6  investment contacts. To what extent it was
7  with Mr. Klutz, I don't know.
8  Q    Does Fox Asset Management have a
9  contact person that is employed by the
10 Steelworkers Pension Trust?
11 A    We do. We have access to -- I
12 believe the title is the chairman of that
13 board, Mickey -- I don't remember his last
14 name. Michael -- I'm drawing a blank.
15 Q    How often do you meet --
16 A    Hold on one second. Give me one
17 second here. Michael Felice.
18 Q    Is that F-E-L-I-C-E?
19 A    That's correct.
20 Q    How often do you meet with Mr. Felice
21 or how often do you communicate with
22 Mr. Felice?
23 A    The normal review cycle has been once
24 a year. There have been -- unless something
25 unusual occurs such as a resignation of a

34

Dodge

1
2 senior person or something, the regular
3 scheduled meetings are once a year.
4 Q     When are those meetings held?
5 A     June.
6 Q   . Did you attend the most recent
7 meeting?
8 A     I did.
9 Q     Was there any discussion of the
10 Steelworkers' investment in Veeco
11 Instruments during that meeting?
12 A     What do you mean by any discussions?
13 Q     Did the name Veeco Instruments come
14 up during your most recent meeting?
15 A     Yes, the name came up.
16 Q     Okay. In what context?
17 A     It was one of the poorest-performing
18 stocks that the portfolio held during the
19 performance period of the first quarter of
20 this year ending March 31st.
21 Q     Was there any discussion during that
22 meeting concerning the reasons for Veeco
23 Instruments' stock performance during that
24 period?
25 A     No.

35

Dodge

1
2 Q     Was there any discussion during that
3 meeting of why Fox Asset Management had
4 chosen to invest in Veeco Instruments on the
5 Steelworkers Pension Trust's behalf?
6 A     No.
7 Q     Do you know who attended these annual
8 meetings with the Steelworkers Pension Trust
9 prior to you joining the firm?
10 A     No, the most recent ones I don't.
11 Peter Skirkanich attended in the past. I
12 don't have recollection of whether or not
13 Mr. Lamberti ever went, and I believe on one
14 occasion Jeff Balae, who I mentioned as a
15 member of Fox Asset, LLC, attended during
16 the interim because the principal concern
17 was the replacement of the CEO following
18 Mr. Skirkanich's departure, and Mr. Sloan
19 accompanied him. I'm not sure of the date.
20 I want to say February, perhaps.
21         MR. WALLIN: I'll ask you to
22         pull out your binder of documents
23         that I sent you, Mr. Dodge, and look,
24         if you would, at the last tab in the
25         binder. It's tab 21, and I'm going

36

Dodge

1
2 to mark that as Dodge Exhibit 1.
3         (Whereupon a document bearing
4 production numbers SPT13 through
5 SPT21 was marked as Dodge Exhibit 1
6 for identification, as of this date.)
7         MR. WALLIN: For the record,
8 it's Bates stamped SPT13 through
9 SPT21.
10 Q     If you could just take a look at that
11 document for a moment, Mr. Dodge. Let me
12 know when you have had a chance to look at
13 it.
14 A     I've reviewed the documents.
15 Q     Do you recognize this as the
16 investment management agreement between Fox
17 Asset Management and Steelworkers Pension
18 Trust?
19 A     I do.
20 Q     Look, if you would, on page 4 of 10
21 on this document. It's Bates stamped SPT
22 16.
23         This paragraph indicates that Fox
24 Asset Management is required to provide some
25 sort of quarterly reports to the

37

Dodge

1
2 Steelworkers Pension Trust; is that correct?
3 A     That's correct.
4 Q     What are the nature of the reports
5 that are provided to the Steelworkers
6 Pension Trust?
7 A     We -- we provide an appraisal to the
8 listing of the securities, including the
9 cross basis market value dividend yield, a
10 percentage of the portfolio in that
11 particular category.
12         We provide a performance sheet that
13 shows the performance versus benchmarks, and
14 we provide a transaction summary which shows
15 all activities in the account, in and out,
16 including sales and purchases of securities
17 as follow -- well, as cash from dividends
18 and interest and any withdrawals that were
19 made by the owner of the fund.
20 Q     Am I correct that Fox Asset
21 Management has the authority to make
22 investment decision on behalf of the
23 Steelworkers Pension Trust without
24 consulting the trust?
25 A     That's correct.

38

Dodge

2 Q    To your knowledge, has Fox Asset
3 Management ever consulted with the
4 Steelworkers Pension Trust to making
5 an investment decision on behalf of the
6 Steelworkers Pension Fund's behalf?
7 A    To the best of my knowledge, that has
8 never happened.
9 Q    Has Fox Asset Management ever been
10 asked by the Steelworkers Pension Trust
11 after an investment decision was made what
12 the basis for the decision was?
13 A    Not that I'm aware of.
14 Q    Is that typical for large pension
15 investors like the Steelworkers Pension
16 Trust?
17 A    I think it's quite normal that the
18 fiduciaries would not ask questions about
19 additional securities in the portfolio.
20 Q    Other than the discussion that you
21 mentioned during the most recent annual
22 meeting, are you aware of any discussions
23 between Fox Asset Management and the
24 Steelworkers Pension Trust concerning Veeco
25 Instruments?

39

Dodge

2 A    I am not aware of any, no.
3 Q    And I used the word "discussions,"
4 and I mean written communications as well;
5 would that be correct?
6 A    Yes. That wouldn't be any cause to
7 change -- still, to the best of my
8 knowledge, obviously, as I said, there's a
9 client service function here.
10 Q    Yes.
11 A    And to the extent of my knowledge of
12 that, not knowing all and everything that
13 Phil Sloan does on every given day with any
14 given account, I would say there has been
15 none.
16 Q    Look back at the Dodge Exhibit 1 to
17 page 4 of 10 which we were looking at
18 before, paragraph 15, subpart B which states
19 that Fox is expected to be able to produce
20 upon request of the client documentation of
21 its buy, sell and hold decisions.
22 A    Yes.
23 Q    Did the Steelworkers Pension Trust
24 ever request any documentation of the sort
25 referenced in this subpart to paragraph 15?

40

Dodge

2 A    To the best of my knowledge and
3 according to our records, no.
4 Q    What do you mean about Veeco's
5 business, the nature of it?
6 A    I don't know a lot, to be honest with
7 you. It's electronic instruments and
8 devices used for the manufacturer of
9 microelectronic parts located in New York or
10 Long Island, relatively small company, and
11 that's about the extent of my knowledge.
12 Q    Do you know if Fox Asset Management
13 at any point during the last three years has
14 ever communicated directly with anyone
15 employed by Veeco Instruments?
16 A    I believe there's been some contact
17 with the investor relations person by Peter
18 Skirkanich, but I cannot confirm that.
19 Q    Why do you think that such a
20 communication may have taken place?
21 A    Because I've discussed the situation
22 with members of the staff who were here
23 during that period, and that's the best
24 recollection that I can find among the staff
25 members of any contact.

41

Dodge

2 Q    Do you know approximately when that
3 communication may have taken place?
4 A    No. There's no specific recollection
5 of when, other than there was some effort by
6 Mr. Skirkanich to maintain regular contact
7 with the investor relations contact person.
8 Q    Do you know who that investors
9 relations contact person was?
10 A    I do not, no, and I asked members of
11 the staff that were most familiar, and the
12 answer I got was if I saw, I believe, this
13 woman's name I would remember it, but none
14 of them remember that person's name off the
15 top of their head.
16 Q    Okay. I take it that they remember
17 it was a woman rather than a man?
18 A    I would say that's speculation. I'm
19 not sure.
20 Q    Okay. Fine. I believe that you
21 previously described Veeco Instruments as a
22 company in the high-tech or electronic
23 instruments sector; is that correct?
24 A    I think that's a fair representation
25 of what I said, yes.

42

Dodge

1
2  Q    What sources of information does Fox
3  Asset Management currently use to follow
4  that sector?
5  A    We use Wall Street research in
6  particular, industry reports and general
7  news services and standard federal filing.
8  Q    Are there particular Wall Street
9  research outlets that Fox Asset Management
10 relies on with respect to this sector?
11 A    I don't think I'd single out one.
12 Q    Are there particular industry reports
13 that Fox Asset Management relies on?
14 A    Industry reports is pretty general.
15 When I say industry reports, I mean to say
16 trade press and things like that.
17 Q    I see.
18 A    So whatever's available.
19 Q    How has the high-tech sector
20 performed as a whole over the last three
21 years?
22 A    Without being specific, not very
23 good.
24 Q    How is it performed as compared to
25 other major sectors in the market?

43

Dodge

1
2  A    For three years?
3  Q    Yes.
4  A    It's underperformed.
5  Q    Is it underperformed for the last two
6  years as well?
7  A    It's different -- it's hard for me to
8  know in the past two years. There's been a
9  really big rally, in fact, that began
10 sometime in late 2003 or in 2003, depending
11 on what sector, and I'm not sure that the
12 magnitude of that rally has been impressive
13 in absolute terms, and I would think there
14 is not anywhere near as significant an
15 underperformance as there would be in the
16 three-year level.
17 Q    To your knowledge, did Fox Asset
18 Management ever have any access to any
19 nonpublic information concerning Veeco
20 Instruments?
21 A    No.
22       MR. WALLIN: I'd like to take
23 about a five-minute break here, and
24 then hopefully we can just go through
25 to the end if that's okay.

44

Dodge

1
2       MS. PARKER: That's fine.
3  3:45, say, 3:50?
4       MS. KARP: That's fine.
5       (Whereupon, a recess was taken
6  from 3:45 p.m. until 3:50 p.m.)
7  Q    You mentioned a rally in the
8  high-tech sector towards the end of 2003.
9  Do you know when that rally ended?
10 A    I don't know that it has, to be
11 honest with you.
12 Q    You mentioned earlier in your
13 deposition a number of factors that Fox
14 Asset Management uses in evaluating
15 potential investments. Am I correct that
16 certain factors are more important than
17 others depending on the sector?
18 A    No, I don't think so.
19 Q    Are there financial matrixes that you
20 regard as more important in evaluating the
21 potential future performance of high tech
22 companies as opposed to companies in other
23 sectors?
24 A    Did I hear you say factors?
25 Q    No, I said financial matrix.

45

Dodge

1
2  A    Financial matrix. Generally, no.
3  Research and development spending can be
4  considered as a more important issue in
5  technology in most industries, but with that
6  exception, I would say no.
7  Q    Do you regard research and
8  development spending as a positive sign in
9  high-tech industries?
10 A    Relative R&D spending, that would be
11 relative to peers, yes.
12 Q    Why is that positive in review of
13 that sector?
14 A    The life cycle of technology products
15 is pretty short, and staying in front of the
16 curve, the technology curve, the leading
17 edge of technological development is
18 dependent, staying on the leading edge of
19 technological development is dependent on
20 continued reinvestment profits into research
21 and development.
22 Q    Any other matrix that you consider
23 particularly important in the high-tech
24 sector?
25 A    No.

46

Dodge

1
2 Q    Do you consider the strength of a
3 company's technology to be particularly
4 important in the high-tech sector?
5 A    I don't know what strength of
6 technology means.
7 Q    Do you consider the financial
8 potential of technology under development to
9 be an unusual important factor in the
10 high-tech industry?
11 A    If you don't mind my asking, you mean
12 future potential? The future potential of a
13 product is important in the future sector.
14 I don't believe it's any more important in
15 technology than in medicine or lots of other
16 industries. I don't think it's a unique
17 variable for technology, no.
18 Q    Do you consider the technical
19 viability of a company's technology under
20 development to be a particular important
21 factor in the high-tech industry? I'm not
22 trying to be difficult.
23 A    I know you're not. The credibility
24 of a future potential of a product is so
25 dependent.

47

Dodge

1
2 Q    Let me get down to specifics. How do
3 you evaluate the credibility of a high-tech
4 company's technology?
5 A    Well, we rely on the opinion of other
6 analysts, specialists, as reported in the
7 trade press, as I mentioned before. Our
8 general knowledge of the solution that the
9 product brings to process. The breadth of
10 the application potential of the technology
11 across industries or products as we would
12 learn from talking to the company, talking
13 to other industry specialists and analysts,
14 but ultimately it's a judgment call.
15 Q    Go back to your binder, if you would,
16 and look at tab 12 which has been previously
17 marked as Hoffman Exhibit 12 and was a
18 document that was produced by your counsel
19 several days ago.
20 A    I have it in front of me.
21 Q    Do you recognize this document?
22 A    I do.
23 Q    Can you tell me what that document
24 is?
25 A    This document is a summary of

48

Dodge

1
2 transactions involving Veeco Instruments
3 between 1/02/1997 and 11/28/05 for the
4 account of Steelworkers Pension Trust.
5 Q    Is this an internal Fox Asset
6 Management document? In other words, is
7 this a document that you provide to clients?
8 A    Yes.
9 Q    Is it part of the quarterly reports
10 that were referenced in the investment
11 management agreement that we looked at
12 previously?
13 A    Similar details.
14 Q    Am I correct that when Fox Asset
15 Management makes a decision to invest in a
16 particular company, that it may well
17 purchase securities in the targeted company
18 on behalf of more than one client?
19 A    That's generally the case, yes. Not
20 a hundred percent of the time, but it's
21 generally the case.
22 Q    All I'm trying to get at is, I wanted
23 to confirm that investment evaluations are
24 not necessarily client specific.
25 A    I'm not sure I understand. When you

49

Dodge

1
2 say investment evaluations --
3 Q    In other words, you're not evaluating
4 the potential investments solely for
5 including it in one client's portfolio?
6 A    No, not generally. We're evaluating
7 the relative attractiveness of the
8 individual security first and then using it
9 in whatever client mandate is relevant.
10 Q    I'm not going to ask you to confirm
11 that the exact trade amounts listed on
12 Exhibit 12 here are correct. I believe that
13 counsel for Fox -- for the Steelworkers
14 Pension Trust has already confirmed that
15 they believe that the quantities are
16 correct. What I want to ask you about is
17 the reasons behind these investment
18 decisions.
19        Take a look at the first transaction.
20 The purchase of transaction shares on
21 November 29, 2000.
22 A    Yes.
23 Q    What facts are you aware of that
24 exhibited the Fox Asset Management decision
25 to purchase that block of shares on behalf

50

Dodge

2  of the Steelworkers Pension Trust?
3  A    I have no facts.
4  Q    Do you have any idea why that
5  investment decision was made?
6  A    Not without speculation.
7  Q    Do you know what materials Fox Asset
8  Management considered in deciding to invest
9  in Veeco at that time, November 29th, 2000?
10  A    I do not.
11  Q    Who would know the answers to those
12  questions?
13  A    Peter Skirkanich.
14  Q    When was the last time you spoke to
15  Mr. Skirkanich?
16  A    I've never spoken to Mr. Skirkanich.
17  Q    Do you have any idea why Fox Asset
18  Management decided to purchase securities of
19  Veeco Instruments on October 25, 2001?
20  A    I do not.
21  Q    Do you have any idea why they decided
22  to purchase securities in Veeco Instruments
23  on September 24th of 23003?
24  A    I do not.
25  Q    Would Mr. Skirkanich have been

51

Dodge

2  responsible for the latter two investment
3  decisions as well?
4  A    That's correct.
5  Q    Is there anyone within Fox Asset
6  Management which is more knowledgeable of
7  you as to why those investment decisions
8  were made?
9  A    Not that I have been able to
10  determine.
11  Q    Do I take it by that that you've
12  investigated whether there's anyone
13  currently employed by Fox Asset Management
14  that is knowledgeable of those investment
15  decisions?
16  A    That's correct.
17  Q    Exhibit 12 also reflects the sale of
18  40,000 shares of Veeco Instruments stock on
19  January 6, 2004 in three separate lots. Do
20  you see that?
21  A    I do.
22  Q    Do you know why the decision was made
23  to sell Veeco Instruments stock at that
24  time?
25  A    I do not.

52

Dodge

2  Q    Would Mr. Skirkanich be knowledgeable
3  of that?
4  A    You'd have to ask Mr. Skirkanich.
5  Q    Is it your expectation that he would
6  be knowledgeable of that decision?
7  A    He should he be.
8  Q    Do you have any knowledge concerning
9  the purchase of Veeco Instruments securities
10  in May 2005 as listed in Exhibit 12?
11  A    I'm sorry. You said purchase?
12  Q    Yes. I'm looking at the two
13  transactions on May 14th and May 17th of
14  2004.
15  A    Purchase -- okay. Rephrase the
16  question, please.
17  Q    Do you have any knowledge of why --
18  let me back up.
19     Do you see on Exhibit 12 that Fox
20  Asset Management apparently purchased 40,000
21  shares of Veeco stock on the Steelworkers
22  Pension Trust behalf in two lots in the
23  middle of May of 2004?
24  A    I do.
25  Q    Do you know why that investment

53

Dodge

2  decision was made?
3  A    I do not.
4  Q    Do you have any idea what materials
5  Fox Asset Management relied on in making
6  that investment decision?
7  A    I do not.
8  Q    Let's look at the two transactions on
9  May 25, 2005. Am I correct that Exhibit 12
10  reflects the sale of 40,000 shares of Veeco
11  stock at that time?
12  A    That's correct.
13  Q    Do you know why the decision to sell
14  Veeco stock was made at that time?
15  A    Yes, I do.
16  Q    Why was the decision made to sell at
17  that time?
18  A    It was our belief that the earnings
19  and price earnings multiple would fall
20  outside of our acceptable range. The stock
21  had been under significant pressure since
22  the beginning of the year and was down close
23  to a level where we would normally sell it,
24  and we did.
25  Q    When you say it had been down to a

54

Dodge

1  Dodge
2  level where you would normally sell it, are
3  you referring to a P/E ratio?
4  A    We're not going to allow a stock to
5  just keep going down and it was
6  fundamentally unattractive, and that
7  unattractiveness was fundamental of the
8  ratio at that time.
9  Q    What other factors made you consider
10 to sell other than the price earnings ratio?
11 A    I don't know that they're -- I don't
12 believe there were any other significant
13 issues. It was the fundamental outlook for
14 earnings and the price earnings ratio based
15 on that fundamental outlook of earnings.
16 Q    What materials did Fox Asset
17 Management review in reaching the decision
18 to sell at that time?
19 A    I do not know specifically.
20 Q    Who made the decision?
21 A    Gregory Greene.
22 Q    Did he consult with you in making
23 that decision?
24 A    It was a group decision.
25 Q    What is the general manner that Fox

55

Dodge

1  Dodge
2  Asset Management does to monitor the
3  performance of investments?
4  A    I'm sorry. Could you repeat that or
5  rephrase the question?
6  Q    What is the general manner which Fox
7  Asset Management does to monitor the
8  performance of investments?
9  A    Well, we have people that watch them
10 almost on a daily basis. The investment
11 committee meets weekly or about weekly and
12 considers important movement in Fox. Any
13 stocks that move significantly in any
14 direction is discussed most often.
15     We have quarterly reviews where we
16 review the account situation as part of an
17 account review. Like I said, that's on a
18 quarterly basis. So some aspects daily,
19 other aspects roughly weekly and formal
20 reviews on a quarterly basis.
21 Q    Do you recall any discussion of Fox
22 Asset Management and Veeco Instruments
23 during these quarterly reviews?
24 A    I do not.
25 Q    I won't ask you the specific names of

56

Dodge

1  Dodge
2  other clients, but did Fox Asset Management
3  purchase Veeco Instrument stocks oon behalf
4  of other clients besides the Steelworkers
5  Pension Trust?
6  A    One other account in May of '04.
7  Q    Okay. Did Fox Asset Management, to
8  your knowledge, ever invest any of its own
9  funds in Veeco Instruments?
10 A    Ever?
11 Q    That you're aware of.
12 A    I'm sorry. Did you say ever?
13 Q    Yes, or in the last four years.
14 A    I don't know. If you were to confine
15 it to the dates involving -- in the last two
16 years or three years, I'm pretty sure the
17 answer is no.
18 Q    Had Fox Assets Management's
19 assessment of the potential of Veeco
20 Instruments' technology changed between May
21 of 2004 and May of 2005?
22 A    I have no way of knowing.
23 Q    What internal communications do you
24 recall within Fox Asset Management
25 concerning the decision to sell Veeco

57

Dodge

1  Dodge
2  Instruments' securities in May of 2005?
3  A    I don't recall any and I don't have
4  any.
5  Q    Well, how did you become aware that
6  the decision had been made to sell
7  securities at that time?
8  A    I looked at the transaction summary,
9  which is what is Exhibit 12, redacted, and
10 also I inquired of the various members of
11 the investment staff who would have executed
12 the order and what the reason for it was.
13 Q    Okay. Am I correct that you didn't
14 know about the decision at the time it was
15 made?
16 A    I don't recall. You know, I don't
17 recall the specific decision, no.
18 Q    Do you know which securities analysts
19 have covered Veeco during the last couple of
20 years?
21 A    Do you mean to say Fox analysts or do
22 you mean to say outside analysts?
23 Q    I mean to say outside analysts.
24 A    I do not know.
25 Q    Do you know if Mr. Greene spoke to

58

```
1              Dodge
2    any employees of Veeco Instruments prior to
3    reaching the decision to sell Fox Asset
4    Management's investment in Veeco?
5    A    We did not.
6    Q    . Did Fox Asset Management speak to
7    anyone at the Steelworkers Pension Trust
8    prior to selling those securities?
9    A    I don't believe so.
10   Q    Are you aware that Veeco announced in
11   early 2005 that it was going to be restating
12   earnings for certain prior periods?
13   A    Yes.
14   Q    Do you know what periods?
15   A    I believe it's for third and second
16   quarters of 2004, but I'm not certain.
17   Q    Do you believe that Fox Asset
18   Management was somehow misled by Veeco
19   Instruments into purchasing Veeco stock?
20   A    I have no reason to believe that's
21   correct.
22           MR. WALLIN: Okay. Give me
23       just five minutes here and I'm going
24       to go through and make sure. I think
25       I need only ten more minutes, but I
```

59

```
1              Dodge
2    want to make sure I have everything
3    covered, okay? Is that all right?
4          MS. KARP: Yes.
5          (Whereupon, a recess was taken
6       from 4:22 p.m. to 4:27 p.m.)
7    Q    Mr. Dodge, I think I know the answer
8    to this question from talking to your
9    counsel, but were you able to locate any
10   documents in the files of Fox Asset
11   Management that Fox Asset Management used in
12   evaluating its investment decisions with
13   respect to Veeco Instruments?
14   A    Yes. Not much. A couple of annual
15   reports.
16   Q    Are you aware of any criticism that
17   the Steelworkers Pension Trust has directed
18   at Fox Asset Management concerning Fox Asset
19   Management's decision to purchase Veeco
20   Instruments securities?
21   A    I believe there's been no criticism.
22           MR. WALLIN: Okay. I think
23       that's it.
24           I appreciate your appearing on
25       such short notice, Mr. Dodge, and I
```

60

```
1              Dodge
2    appreciate you suffering through the
3    inconvenience of proceeding by
4    telephone.
5          THE WITNESS: Well you don't
6       need to apologize. No apology
7       required. Glad to be of service.
8          MR. WALLIN: Okay. Unless
9       Phyllis has nothing, I believe we're
10      done.
11         MS. PARKER: No. I have no
12      questions.
13         MR. WALLIN: Thank you.
14         MS. KARP: Thank you.
15         (Time noted: 4:32 p.m.)
16
17         -------------------------
              WILLIAM DODGE
18
19   Subscribed and sworn to before me
20   this      day of        2005
21
22   -------------------------------
23      NOTARY PUBLIC
24
25
```

61

```
1
2              EXHIBITS
3    DODGE
     FOR IDENTIFICATION   DESCRIPTION      PAGE
4
     1      A document bearing production     36
5           numbers SPT13 through SPT21
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

62

```
 1
 2         C E R T I F I C A T E
 3         I, SHARI JOUDAI, hereby certify that the
 4    Deposition of WILLIAM DODGE was held before me on
 5    the 15th day of December, 2005; that said witness
 6    was duly sworn before the commencement of
 7    testimony; that the testimony was taken
 8    stenographically by myself and then transcribed
 9    by myself; that the party was represented by
10    counsel as appears herein;
11         That the within transcript is a true
12    record of the Deposition of said witness;
13         That I am not connected by blood or
14    marriage with any of the parties; that I am not
15    interested directly or indirectly in the outcome
16    of this matter; that I am not in the employ of
17    any of the counsel.
18         IN WITNESS WHEREOF, I have hereunto set
19    my hand this      day of        , 2005.
20
21         - - - - - - - - - - - -
                SHARI JOUDAI
22
23
24
25
```

63

1
2                              ERRATA SHEET
3        PAGE/LINE                      CORRECTION

4        _____          _____
                              _____
5        _____          _____
                              _____
6        _____          _____
                              _____
7        _____          _____
                              _____
8        _____          _____
                              _____
9        _____          _____
                              _____
10       _____          _____
                              _____
11       _____          _____
                              _____
12       _____          _____
                              _____
13       _____          _____
                              _____
14       _____          _____
                              _____
15       _____          _____
                              _____
16       _____          _____
                              _____
17       _____          _____
                              _____
18       _____          _____
                              _____
19       _____          _____
                              _____
20       _____          _____
                              _____
21       _____          _____
                              _____
22       _____          _____
                              _____
23       _____          _____
                              _____
24       _____          _____
25

Slimscript Copy: InRe: VEECO INSTRUMENTS; W. Dodge, 12/15/2005

## A

able 39:19 51:9 59:9
about 25:22 29:22 38:18 40:4,11
  43:23 49:16 55:11 57:14
absolute 43:13
Absolutely 28:7
acceptable 53:20
access 33:11 43:18
accompanied 35:19
accordance 22:15
according 40:3
account 20:19 29:24 30:2 37:15
  39:14 48:4 55:16,17 56:6
accounting 21:17,19
accounts 12:16 16:14 18:4,6 19:20
  19:21
achieve 22:16,20
across 11:5 22:18,20,23 23:21
  29:25 30:6 47:11
activities 15:8 37:15
actually 20:22 30:23
additional 38:19
address 4:12
administer 3:16
administrative 32:21,24
advantages 24:13
advisor 16:21
advisors 16:20
after 5:24 7:25 9:4,13 10:7,8,9
  11:10,12 12:6,20 24:9,15 32:11
  38:11
afternoon 4:16
again 23:11
aggregate 18:21
ago 47:19
AGREED 3:4,9,14
agreement 36:16 48:11
allocations 10:23 24:24
allow 5:24 54:4
almost 55:10
already 49:14
American 8:5,6,25
among 40:24
amount 11:25 12:5 18:13
amounts 49:11
analyst 8:24
analysts 12:15 47:6,13 57:18,21,22
  57:23
announced 58:10
annual 35:7 38:21 59:14
answer 5:12 29:15,16 32:10 41:12
  56:17 59:7
answering 5:23
answers 5:21 50:11
anyone 40:14 51:5,12 58:7
anything 5:10 21:13 28:21,23
anywhere 43:14

apologize 60:6
apology 60:6
apparently 52:20
appearing 4:19 59:24
appears 62:10
application 47:10
appraisal 37:7
appreciate 4:19 59:24 60:2
approximately 12:4 13:12 14:24
  18:18 20:13 21:2 26:19 30:11
  41:2
April 10:16 11:21,21 21:7
arrival 27:12
asked 38:10 41:10
asking 5:3 46:11
aspects 55:18,19
assessment 56:19
Asset 11:9 13:9,13,19,23 14:2,7,12
  14:21 15:5,8,11,19 18:2,11,15,25
  19:22 21:8 22:4,12 23:5,12 24:22
  26:6 28:4,14,16,24 29:5,11 30:9
  30:16,24 31:4 32:16 33:8 35:3,15
  36:17,24 37:20 38:2,9,23 40:12
  42:3,9,13 43:17 44:14 48:5,14
  49:24 50:7,17 51:5,13 52:20 53:5
  54:16 55:2,7,22 56:2,7,24 58:3,6
  58:17 59:10,11,18,18
assets 9:24,25 10:2 11:24 12:2
  13:16 16:6,12 18:14,22,23 22:9
  22:15 29:25 56:18
assigned 13:8
assignment 13:15
assistant 8:3
Associates 11:14 12:3,7 17:18
assume 5:10
assumed 16:11
assuming 32:14
assumption 13:18 20:2 21:11
attend 34:6
attended 35:7,11,15
attorneys 2:4,11,18 3:5 5:14
attractiveness 49:7
August 9:10
Australia 11:8
authority 37:21
authorized 3:16
available 42:18
Avenue 1:14 2:12,18
average 29:23
avoid 5:14
aware 28:20,22 38:13,22 39:2
  49:23 56:11 57:5 58:10 59:16

## B

B 14:5 39:18
back 8:21 25:16 39:16 47:15 52:18
background 7:16

Balae 14:8 35:14
balance 24:12
Bank 4:15 8:25 9:6 10:8 17:2 25:24
BARRISTER 1:21
based 54:14
basis 15:9 37:9 38:12 55:10,18,20
Bates 36:8,21
bearing 36:3 61:4
become 57:5
before 1:16 3:18 4:3 5:23 6:7 7:13
  7:21 10:7 20:6 39:18 47:7 60:19
  62:4,6
began 43:9
begin 7:6
beginning 53:22
behalf 15:25 28:17 29:2,7,12 30:10
  35:5 37:22 38:5,6 48:18 49:25
  52:22 56:3
behind 49:17
being 42:22
belief 53:18
believe 14:2,5,15 17:18 20:9 25:21
  25:24 30:22 31:15 32:4 33:12
  35:13 40:16 41:12,20 46:14 49:12
  49:15 54:12 58:9,15,17,20 59:21
  60:9
benchmark 23:20
benchmarks 22:17 23:2,3 24:7 28:3
  37:13
Benjamin 24:3
BERGER 2:4
besides 56:4
best 38:7 39:7 40:2,23
between 3:5 27:4,7,9,11 36:16
  38:23 48:3 56:20
beyond 28:13
big 43:9
Bill 9:11 26:7
billion 9:23
binder 35:22,25 47:15
blank 33:14
block 49:25
blood 62:13
board 6:17 33:13
bonds 10:24
Boston 14:7,10
Bradley 26:10
breadth 47:9
break 43:23
brief 5:24
briefly 22:11
brings 47:9
broad 23:19
broadly 11:5 25:12
Broadway 1:22
business 7:24 16:10 17:15 22:12
  40:5

Slimscript Copy: InRe: VEECO INSTRUMENTS; W. Dodge, 12/15/2005

buy 24:4,20 29:21 39:21
B-A-L-A-E 14:9

**C**

C 2:2 62:2,2
call 47:14
came 8:21 32:11 34:15
Canada 11:8
cap 16:16 22:22,22,23 23:6,7,7
  25:9
Capital 12:23,25
capitalization 22:24 23:22
Capital's 13:15
carbon 31:15
careful 5:22
case 48:19,21
cash 24:5,8 37:17
category 32:3 37:11
cause 39:6
CBOE 6:18
cc 31:15
CEO 35:17
certain 12:5 14:17 44:16 58:12,16
certification 3:6
certify 62:3
chair 27:13
chairman 10:11 14:5 33:12
chance 36:12
change 39:7
changed 30:13 56:20
characterize 27:23 28:8
Chicago 6:17
chief 9:5,8 10:10 12:8 14:9 15:6
chosen 35:4
circumstances 29:3,8
City 10:13
client 16:14,17 22:15 24:19 25:19
  31:16 39:9,20 48:18,24 49:9
clients 10:20 11:5 16:15 17:25
  19:16,17 23:4,12 48:7 56:2,4
client's 49:5
close 14:17 53:22
closely 17:16
college 7:18 8:2,15
come 34:13
commencement 62:6
Commission 6:16
committee 10:12 24:18 26:6,18
  27:5,14,14 55:11
Commodity 6:15
communicate 10:19 31:5 33:21
communicated 40:14
communicating 32:18
communication 31:3 40:20 41:3
communications 31:9,13 39:4
  56:23
companies 14:7,10 24:10 44:22,22

company 40:10 41:22 47:12 48:16
  48:17
company's 24:12 46:3,19 47:4
compared 42:24
competitive 24:13
computer 19:9
concern 35:16
concerning 17:13 19:24 30:25 31:6
  31:7 34:22 38:24 43:19 52:8
  56:25 59:18
conditions 26:20
confine 56:14
confirm 40:18 48:23 49:10
confirmed 49:14
confusing 5:5
connected 62:13
conscious 5:19
consider 5:7 45:22 46:2,7,18 54:9
considered 45:4 50:8
considers 55:12
consistent 23:22
consult 54:22
consultant 17:17
consulted 38:3
consulting 37:24
contact 30:17 31:16 33:9 40:16,25
  41:6,7,9
contacts 33:3,6
context 34:16
continued 45:20
contract 20:20
corporate 13:7
Corps 8:20
correct 6:23 13:13,17,21 20:23
  26:14,15 27:22 32:25 33:19 37:2
  37:3,20,25 39:5 41:23 44:15
  48:14 49:12,16 51:4,16 53:9,12
  57:13 58:21
CORRECTION 63:3
counsel 5:25 47:18 49:13 59:9
  62:10,17
Counselors 8:5,7
couple 57:19 59:14
course 21:18 22:2
court 1:1 3:18 5:16 7:13
covered 16:25 57:19 59:3
CPA 21:20
credibility 46:23 47:3
criticism 59:16,21
cross 37:9
crutcher 1:13 2:11
current 13:9 15:4
currently 13:22 14:11 15:19,25
  17:5,25 18:15 19:18 26:5,21 30:9
  30:17 31:14 32:17 42:3 51:13
curve 45:16,16
custom 23:3

cycle 33:23 45:14

**D**

D 4:2,2
Dahab 17:18,21,22
daily 55:10,18
date 6:25 8:17 14:17 16:8 20:14
  32:4,9 35:19 36:6
dates 20:11 21:3 56:15
day 39:13 60:20 62:5,19
days 47:19
day-to-day 15:9
dealer 6:17
Dean 10:12,20 11:10,12
December 1:15 8:17 12:19 29:20
  62:5
decided 50:18,21
deciding 50:8
decision 37:22 38:5,11,12 48:15
  49:24 50:5 51:22 52:6 53:2,6,13
  53:16 54:17,20,23,24 56:25 57:6
  57:14,17 58:3 59:19
decisions 19:24 26:22 27:20 39:21
  49:18 51:3,7,15 59:12
defendants 4:17
defined 28:12
definition 17:7
degree 7:19,20,23 8:18
Delaware 9:15 11:15 12:9,10,12,21
departure 27:12 35:18
dependent 45:18,19 46:25
depending 43:10 44:17
deposed 6:6,12,21,24
deposition 1:11 3:15 4:20,21 5:13
  44:13 62:4,12
depositions 4:24
describe 7:6 17:14 22:11 23:24
described 41:21
DESCRIPTION 61:3
desk 24:21
details 25:22 48:13
determine 51:10
development 45:3,8,17,19,21 46:8
  46:20
devices 40:8
dictate 26:20
different 25:8 30:7,8 43:7
difficult 46:22
directed 59:17
direction 55:14
directly 16:4 40:14 62:15
director 9:18
disadvantages 24:14
discipline 22:16
Discover 10:12
discussed 40:21 55:14
discussion 34:9,21 35:2 38:20

Slimscript Copy: InRe: VEECO INSTRUMENTS; W. Dodge, 12/15/2005

55:21
discussions 34:12 38:22 39:3
dispute 7:5
DISTRICT 1:1,2
dividend 37:9
dividends 37:17
document 36:3,11,21 47:18,21,23
    47:25 48:6,7 61:4
documentation 39:20,24
documents 35:22 36:14 59:10
dodge 1:12 2:18 4:11,16 5:1 6:1 7:1
    8:1 9:1 10:1 11:1 12:1 13:1 14:1
    15:1 16:1 17:1 18:1 19:1 20:1
    21:1 22:1 23:1 24:1 25:1 26:1,7
    27:1 28:1 29:1 30:1 31:1 32:1
    33:1 34:1 35:1,23 36:1,2,5,11
    37:1 38:1 39:1,16 40:1 41:1 42:1
    43:1 44:1 45:1 46:1 47:1 48:1
    49:1 50:1 51:1 52:1 53:1 54:1
    55:1 56:1 57:1 58:1 59:1,7,25
    60:1,17 61:3 62:4
doing 4:22 31:21
domestic 9:23 11:24
done 5:20 29:4 31:22 60:10
Doug 20:4 26:7 27:18
down 5:17 9:12 47:2 53:22,25 54:5
drawing 33:14
duly 4:3 62:6
dunn 1:13 2:11
DuPont 9:14,14,25 10:3
during 10:14 27:4 28:15 34:11,14
    34:18,21,23 35:2,15 38:21 40:13
    40:23 55:23 57:19
duties 20:2,16
D-L-E-R 20:6
D.C 2:19 8:25 9:6

E

E 2:2,2 4:2 20:6 62:2,2
each 5:15 22:24
earlier 44:12
early 27:12 58:11
earnings 53:18,19 54:10,14,14,15
    58:12
Eaton 14:6,9
edge 45:17,18
Edler 20:4 21:4,8 26:7 27:18
Edler's 21:14
Edward 20:6
effect 3:17
effort 41:5
either 31:25
electronic 25:13 40:7 41:22
emphatically 26:4
employ 62:16
employed 14:12,20 33:9 40:15
    51:13

employee 30:20
employees 10:3 12:24 15:10,11
    58:2
encouraged 23:20
end 32:11,13 43:25 44:8
ended 44:9
ending 34:20
engage 29:11
entire 26:13
entities 13:9
entity 13:8
equities 12:9 28:18,21,23 32:2
equity 9:19,24 10:25 11:24 12:10
    12:12,21
ERRATA 63:2
especially 5:18
ESQ 2:7,8,14,20
Europe 11:8
evaluate 47:3
evaluated 22:25
evaluating 44:14,20 49:3,6 59:12
evaluation 24:16 25:2
evaluations 48:23 49:2
even 7:6 20:15
ever 6:6 7:12 25:18 28:25 29:5,9
    35:13 38:3,9 39:24 40:14 43:18
    56:8,10,12
every 39:13
everything 5:17 39:12 59:2
exact 6:25 12:5 49:11
exactly 7:7 15:15 18:3,17
EXAMINATION 4:7
examine 24:11
examined 4:5
exceed 24:6 28:2
except 3:10
exception 45:6
excess 18:5 22:17
Exchange 6:17
excuse 12:14
executed 57:11
executive 15:6
Exhibit 36:2,5 39:16 47:17 49:12
    51:17 52:10,19 53:9 57:9
exhibited 49:24
EXHIBITS 61:2
existence 13:14
exists 13:7
expectation 52:5
expected 39:19
explain 4:23
exposure 25:9
exposures 25:3,5
extent 33:6 39:11 40:11
E-A-T-O-N 14:6
e-mailed 31:11
E.I 9:14

F

F 62:2
fact 43:9
factor 46:9,21
factors 44:13,16,24 54:9
facts 49:23 50:3
fair 41:24
fall 53:19
familiar 41:11
February 8:19 35:20
federal 42:7
feel 6:2 28:4
Felice 33:17,20,22
fiduciaries 38:18
files 59:10
filing 3:6 42:7
final 26:21 27:19
finance 7:24 21:24
financial 44:19,25 45:2 46:7
find 40:24
fine 10:8 41:20 44:2,4
finer 19:3
finish 5:22
firm 8:9 12:22 13:9,16 14:14,23
    35:9
first 4:3 7:25 25:14 34:19 49:8,19
five 18:8 30:5 58:23
five-minute 43:23
Floor 1:14
flow 24:6,8
focus 23:6 24:22
follow 37:17 42:3
following 8:18 35:17
follows 4:5 29:17
force 3:17
form 3:10
formal 55:19
former 17:20
four 13:2 29:24 56:13
Fox 11:9 13:9,13,19,22 14:2,7,12
    14:21 15:5,7,8,11,19 18:2,11,15
    18:25 19:22 21:8 22:4,7,8,12 23:5
    23:12 24:22 26:6 28:4,14,15,24
    29:5,11,25 30:9,16,24 31:4 32:16
    33:8 35:3,15 36:16,23 37:20 38:2
    38:9,23 39:19 40:12 42:2,9,13
    43:17 44:13 48:5,14 49:13,24
    50:7,17 51:5,13 52:19 53:5 54:16
    54:25 55:6,12,21 56:2,7,18,24
    57:21 58:3,6,17 59:10,11,18,18
Fox's 18:4
frame 7:2
from 7:18,20 8:2,14 20:8,19,24
    21:5 25:2,4 32:20,21 37:17 44:6
    47:12 59:6,8
front 19:8 45:15 47:20
function 17:14 39:9

Slimscript Copy: InRe: VEECO INSTRUMENTS; W. Dodge, 12/15/2005

**fund** 1:11 2:5 9:15,17 21:13 23:5
    37:19
**fundamental** 54:7,13,15
**fundamentally** 54:6
**funds** 12:16 31:20 56:9
**Fund's** 29:2,7 38:6
**FURTHER** 3:9,14
**future** 44:21 46:12,12,13,24
**Futures** 6:15
**F-E-L-I-C-E** 33:18

_____
G

**G** 4:2
**Gates** 12:22,25 13:15
**general** 4:24 7:24 32:21 42:6,14
    47:8 54:25 55:6
**generalized** 30:4
**generally** 45:2 48:19,21 49:6
**George** 26:8 27:17
**getting** 21:18 22:2 29:17
**gibson** 1:13 2:11
**give** 6:25 15:2 17:6 33:16 58:22
**given** 4:22 7:12 25:7 29:13 39:13
    39:14
**gives** 32:9
**Glad** 60:7
**go** 28:13 43:24 47:15 58:24
**going** 4:25 5:3,10,11,19 35:25
    49:10 54:4,5 58:11,23
**good** 4:16 42:23
**graduate** 7:18
**graduated** 8:2,16
**graduating** 8:14
**graduation** 8:18
**graham** 2:17 24:3
**Greene** 26:7 27:18 54:21 57:25
**Greg** 26:7 27:17
**Gregory** 54:21
**ground** 4:24,25
**group** 24:17 54:24
**guess** 7:6
**G-R-E-E-N-E** 26:8

_____
H

**hand** 62:19
**happened** 38:8
**happy** 32:13
**hard** 5:16 43:7
**having** 4:3
**Hawks** 14:5
**head** 19:7 41:15
**hear** 25:14 44:24
**held** 1:12 7:25 8:23 34:4,18 62:4
**hereunto** 62:18
**high** 44:21
**high-net-worth** 11:3,6
**high-tech** 41:22 42:19 44:8 45:9,23

46:4,10,21 47:3
**him** 35:19
**Hoffman** 47:17
**hold** 10:4,15 11:16,19 12:18,20
    32:7 33:16 39:21
**holding** 29:23
**honest** 40:6 44:11
**hope** 26:23
**hopefully** 43:24
**Howard** 16:22 30:19
**hundred** 14:16 18:19 48:20

_____
I

**idea** 50:4,17,21 53:4
**ideal** 4:21
**identification** 36:6 61:3
**imagine** 29:4,8
**important** 5:13,18 16:17 44:16,20
    45:4,23 46:4,9,13,14,20 55:12
**impressive** 43:12
**INC** 1:4,21 2:12
**inception** 20:9
**includes** 15:18
**including** 15:17 37:8,16 49:5
**inclusion** 24:16,19
**inconvenience** 60:3
**independent** 24:21
**indexes** 23:3
**indicates** 36:23
**indirectly** 62:15
**individual** 10:24 23:12 49:8
**individuals** 11:3,6 12:17
**industries** 25:3 45:5,9 46:16 47:11
**industry** 22:17 24:12 25:7 42:6,12
    42:14,15 46:10,21 47:13
**information** 32:5,10 42:2 43:19
**inquired** 57:10
**instead** 8:22
**Institute** 8:5,7
**institutions** 11:7 12:17
**Instrument** 56:3
**instruments** 1:4 2:12 4:18 25:11,12
    25:13,15,19 34:11,13,23 35:4
    38:25 40:7,15 41:21,23 43:20
    48:2 50:19,22 51:18,23 52:9
    55:22 56:9,20 57:2 58:2,19 59:13
    59:20
**intention** 16:13
**interaction** 17:11
**interest** 16:18 37:18
**interested** 62:15
**interim** 35:16
**internal** 48:5 56:23
**invest** 23:4,20 35:4 48:15 50:8 56:8
**invested** 18:15,25 30:9
**investigated** 51:12
**investing** 15:25 18:2

**investment** 8:8,8 9:5,8 10:10,11,22
    12:9,13,14 14:9 15:14,23 17:9,17
    18:21,24 19:18,24 21:12 22:9
    23:13,17,23,25 24:18 26:5,14,18
    26:22 27:13,20,24 28:5 32:20
    33:3,6 34:10 36:16 37:22 38:5,11
    48:10,23 49:2,17 50:5 51:2,7,14
    52:25 53:6 55:10 57:11 58:4
    59:12
**investments** 10:25 16:16 20:13
    21:4 22:5,5 31:2,7 44:15 49:4
    55:3,8
**investor** 40:17 41:7
**investors** 12:10,12,21 24:2,23
    38:15 41:8
**involved** 6:15 16:13
**involving** 48:2 56:15
**Island** 40:10
**issue** 45:4
**issues** 54:13

_____
J

**James** 14:5
**January** 8:21 14:24 20:25 21:5
    51:19
**Jeff** 35:14
**Jeffrey** 14:8
**Jersey** 4:15
**JESS** 2:8
**job** 7:25 8:23 9:4,13 10:9,17 11:12
    11:22 12:6,11 15:4
**joining** 18:11 35:9
**JOUDAI** 62:3,21
**judgment** 47:14
**JUDITH** 2:20
**Judy** 9:11
**June** 16:9 20:2 21:5 34:5
**just** 7:15 9:12 22:11 23:9 30:2
    36:10 43:24 54:5 58:23

_____
K

**KARP** 2:20 9:11 27:6 44:4 59:4
    60:14
**keep** 54:5
**KIRKPATRICK** 2:17
**Klutz** 16:22,24 17:4,12 30:19,20,25
    31:5 32:19 33:4,7
**know** 4:20 5:6 7:7 14:14,18,23,25
    17:20,21 18:3,13 19:6,10,14,22
    20:11,14,16 27:16 28:24 30:12,15
    32:9,13 33:7 35:7 36:12 40:6,12
    41:2,8 43:8 44:9,10 46:5,23 50:7
    50:11 51:22 52:25 53:13 54:11,19
    56:14 57:14,16,18,24,25 58:14
    59:7
**knowing** 39:12 56:22
**knowledge** 38:2,7 39:8,11 40:2,11

_____

Barrister Reporting Service, Inc.        120 Broadway, New York, N.Y. 10271        (212) 732-8066

Slimscript Copy: InRe: VEECO INSTRUMENTS; W. Dodge, 12/15/2005

43:17 47:8 52:8,17 56:8
**knowledgeable** 51:6,14 52:2,6
**K-L-U-T-Z** 16:22

_____

**L**

**L** 3:2 4:2,2
**Lamberti** 14:20 20:17,23 27:5,7,9
   27:21 33:2 35:13
**Lamberti's** 27:11
**Lamberty** 20:8
**large** 16:16 18:6 19:20,21 22:22
   23:7,22 38:14
**larger** 18:7
**last** 6:11 7:19 19:2,15 20:5 28:6,15
   30:13 31:22 33:13 35:24 40:13
   42:20 43:5 50:14 56:13,15 57:19
**late** 43:10
**latter** 51:2
**Laverson** 26:9
**lead** 6:16
**leading** 45:16,18
**learn** 47:12
**least** 31:8
**left** 11:10 12:7,21 14:14,18,23,25
**legal** 13:8
**Less** 18:8 22:10
**let** 4:23 5:6,22 23:10 30:7 36:11
   47:2 52:18
**letters** 31:12
**Let's** 53:8
**level** 43:16 53:23 54:2
**life** 45:14
**like** 5:6 19:9 21:21 26:13 38:15
   42:16 43:22 55:17
**likewise** 5:21
**limits** 25:5
**list** 26:13
**listed** 49:11 52:10
**listing** 37:8
**litigation** 1:5 4:19 6:19 7:10
**LLC** 12:23 14:2,8 15:8 35:15
**LLP** 1:13 2:11,17
**local** 6:16
**locate** 59:9
**located** 40:9
**LOCKHART** 2:17
**Locust** 2:5
**long** 8:10 10:4 12:18 16:4 40:10
**look** 5:12 19:9 35:23 36:10,12,20
   39:16 47:16 49:19 53:8
**looked** 32:12 48:11 57:8
**looking** 39:17 52:12
**lot** 7:17 40:6
**lots** 46:15 51:19 52:22
**L-A-V-E-R-S-O-N** 26:10

_____

**M**

**M** 4:2
**made** 37:19 38:11 50:5 51:8,22
   53:2,14,16 54:9,20 57:6,15
**magnitude** 43:12
**main** 30:16
**maintain** 17:12 41:6
**major** 11:7 42:25
**make** 5:25 37:21 58:24 59:2
**makes** 5:15 48:15
**making** 19:23 38:4 53:5 54:22
**man** 41:17
**manage** 22:4,14
**managed** 9:23 11:24 12:14,16
   20:12,24 21:4
**management** 8:9 11:9 13:10,14,20
   13:23 14:2,8,12,21 15:5,8,12,19
   16:14 17:17 18:2,11,16,25 19:23
   21:9 22:4,13 23:5,13 24:14,22
   26:6 28:4,14,16,24 29:5,11 30:9
   30:24 31:5 32:17 33:8 35:3 36:16
   36:17,24 37:21 38:3,9,23 40:12
   42:3,9,13 43:18 44:14 48:6,11,15
   49:24 50:8,18 51:6,13 52:20 53:5
   54:17 55:2,7,22 56:2,7,24 58:6,18
   59:11,11,18
**Management's** 30:2,16 56:18 58:4
   59:19
**manager** 9:20 11:18 17:15,19,19
   20:18,22 21:12
**managers** 12:14,15 17:10 31:19,24
**managing** 12:2 16:5 31:19
**mandate** 49:9
**mandates** 16:15
**manner** 54:25 55:6
**manufacturer** 40:8
**many** 6:9 12:24 13:25 15:10,10
   17:25 18:6 19:16,16 29:10 30:8
**March** 13:12,20 27:13 34:20
**margin** 19:13 29:6
**Marine** 8:20
**mark** 36:2
**marked** 36:5 47:17
**market** 24:10 26:19 29:19 37:9
   42:25
**marketing** 31:16
**marriage** 62:14
**Marvin** 11:14 12:2,7
**Massachusetts** 2:18 7:20,22 14:10
**master's** 7:19,23
**materials** 50:7 53:4 54:16
**matrix** 44:25 45:2,22
**matrixes** 44:19
**matter** 6:14 7:3 62:16
**may** 3:15 16:9 17:13 20:2 21:5,7
   40:20 41:3 48:16 52:10,13,13,23
   53:9 56:6,20,21 57:2
**Maybe** 10:6 22:11

**MBA** 21:18 22:2
**mean** 15:13,15 21:19 22:19 27:6,9
   31:3 34:12 39:4 40:4 42:15 46:11
   57:21,22,23
**means** 46:6
**medicine** 46:15
**medium** 23:21
**meet** 24:17 26:18 33:15,20
**meeting** 34:7,11,14,22 35:3 38:22
**meetings** 34:3,4 35:8
**meets** 55:11
**member** 13:4,22 35:15
**members** 13:25 14:3 40:22,25
   41:10 57:10
**mentioned** 35:14 38:21 44:7,12
   47:7
**met** 17:22 28:5
**Michael** 33:14,17
**Mickey** 33:13
**microelectronic** 40:9
**mid** 22:22 23:7
**middle** 52:23
**might** 29:16
**Miller** 44:4
**million** 11:4 12:4 18:19
**mind** 46:11
**minus** 30:5
**minutes** 58:23,25
**misled** 58:18
**mission** 22:12,14
**misunderstood** 10:6
**moment** 36:11
**money** 17:10 31:24
**monitor** 55:2,7
**MONTAGUE** 2:4
**month** 20:15 31:8
**more** 31:11 44:16,20 45:4 46:14
   48:18 51:6 58:25
**most** 34:6,14 35:10 38:21 41:11
   45:5 55:14
**mostly** 10:25
**move** 11:9 55:13
**movement** 55:12
**much** 19:6 22:8,8 59:14
**multiple** 24:8 53:19
**multiples** 24:6
**mutual** 12:16
**myself** 27:5,9 31:17 62:8,9

_____

**N**

**N** 2:2 3:2
**name** 4:9,16 20:5 33:14 34:1,3,15
   41:13,14
**names** 27:16 55:25
**National** 9:5 10:7 17:2 25:24
**nature** 7:7,8 37:4 40:5
**near** 43:14

Slimscript Copy: InRe: VEECO INSTRUMENTS; W. Dodge, 12/15/2005

necessarily 48:24
necessary 19:12
need 5:7 58:25 60:6
needs 6:2
never 38:8 50:16
new 1:2,14,14,17,22 2:13,13 4:4,15
  10:12 24:18 40:9
Newman 4:14
news 42:7
next 8:23 9:4,13 10:9 11:12 12:6
NICHOLS 2:17
Nine 12:22,24 13:15 15:16
none 39:15 41:13
nonparty 6:21
nonpublic 43:19
normal 33:23 38:17
normally 53:23 54:2
notary 1:16 4:3 60:23
noted 60:15
nothing 60:9
notice 59:25
November 9:10 14:15 20:21,24
  49:21 50:9
number 18:4 30:12 32:2,2,4 44:13
numbers 36:4 61:5
NW 2:18
N.Y 1:22

O

O 3:2 4:2
oath 3:16
object 6:2
objections 3:10
objective 28:5
objectives 27:25
observe 5:2
obviously 17:16 39:8
occasion 35:14
occasions 6:9
occurs 33:25
October 10:5,16 50:19
off 8:21 19:7 41:14
officer 3:16 9:5,8 12:9 14:9 15:6
offices 1:13
often 26:17 30:24 31:4,11 33:15,20
  33:21 55:14
Ohlmuller 26:10
okay 6:6 7:9 26:17 34:16 41:16,20
  43:25 52:15 56:7 57:13 58:22
  59:3,22 60:8
once 17:22 31:8 33:23 34:3
one 14:16 16:19 33:16,16 34:17
  35:13 42:11 48:18 49:5 56:6
ones 35:10
only 13:3 58:25
oon 56:3
operation 13:6

opinion 47:5
opposed 44:22
options 6:17 28:25
order 57:12
organization 8:6,8 9:9 13:5
OSTERWISE 2:8
other 5:15 13:25 21:16,17,25 23:6
  25:19 26:2 28:16,18,21,23 31:19
  31:21,24 38:20 41:5 42:25 44:22
  45:22 46:15 47:5,13 48:6 49:3
  54:9,10,12 55:19 56:2,4,6
others 22:6,23 26:16 44:17
Otherwise 5:8
out 19:3 35:22 37:15 42:11
outcome 62:15
outlets 42:9
outlook 54:13,15
outside 53:20 57:22,23
over 5:15 7:5 19:2,14 28:3,5 29:21
  30:13 31:22 42:20
overall 24:11
oversaw 12:13
own 12:22 22:5 23:13 56:8
owner 37:19
O-H-L-M-U-L-L-E-R 26:11

P

P 2:2,3 3:2
PA 2:6
page 36:20 39:17 61:3
PAGE/LINE 63:3
Palmer 11:14 12:2,7
paragraph 36:23 39:18,25
parent 14:7
Park 1:14 2:12
PARKER 2:7 44:2 60:11
part 48:9 55:16
particular 15:23 16:15 23:4 24:23
  37:11 42:6,8,12 46:20 48:16
particularly 45:23 46:3
parties 3:5 62:14
parts 40:9
party 6:19 7:9 62:9
passed 20:16 24:10
past 16:19 35:11 43:8
Paul 24:3
pause 5:24
peers 45:11
Pennsylvania 12:10
pension 1:11 2:5 9:14,17 15:21
  16:2,6,12,20 17:5,10 18:7,10,14
  19:25 20:13 21:13 23:17 25:20
  27:24 28:9,18 29:2,7,12 30:10,18
  30:21 31:2,6 33:10 35:5,8 36:17
  37:2,6,23 38:4,6,10,14,15,24
  39:23 48:4 49:14 50:2 52:22 56:5
  58:7 59:17

people 31:21 55:9
percent 14:16 24:6 29:22,22 30:5,6
  48:20
percentage 25:6 29:19 37:10
perform 19:2
performance 17:9,13,19 21:14
  22:16 31:18 34:19,23 37:12,13
  44:21 55:3,8
performed 19:4 42:20,24
perhaps 19:2,19 35:20
period 9:2,7 10:14 11:19 27:4,11
  29:23 34:19,24 40:23
periods 58:12,14
person 30:17 31:17 32:16,23 33:9
  34:2 40:17 41:7,9
personally 19:17
persons 27:15
person's 41:14
perspective 32:20
Peter 14:11 20:10 35:11 40:17
  50:13
Phil 26:9 39:13
Philadelphia 2:6
Phillip 26:11 31:17
phyllis 2:7 60:9
Pierides 26:8 27:17
place 13:11 25:10 40:20 41:3
plan 10:3
please 4:10,13 52:16
plus 30:5
point 19:3 29:17 32:21,24 40:13
Policies 10:21
policy 10:11,19,19
poorest-performing 34:17
portfolio 9:19 11:17 12:15 20:18,22
  24:16 25:6 28:12 29:20 34:18
  37:10 38:19 49:5
portfolios 24:20
position 8:11 9:22 10:4,15 11:16,20
  12:18,20 21:11 24:13
positive 45:8,12
potential 44:15,21 46:8,12,12,24
  47:10 49:4 56:19
precisely 19:14
present 16:3
president 11:17 12:8 15:7
press 42:16 47:7
pressure 53:21
pretty 42:14 45:15 56:16
previous 16:23
previously 17:22 41:21 47:16 48:12
price 24:5 53:19 54:10,14
priced 24:8
price/earnings 24:5
primarily 11:2 15:24 31:14 32:17
primary 33:3,5
principal 13:3 35:16

Slimscript Copy: InRe: VEECO INSTRUMENTS; W. Dodge, 12/15/2005

prior 6:24 8:14 13:14,20 18:10
    19:25 20:8 24:19 27:2,20 32:7
    33:4 35:9 38:4 58:2,8,12
proceeding 5:17 60:3
process 23:23,25 24:25 47:9
produce 39:19
produced 47:18
product 46:13,24 47:9
production 36:4 61:4
products 22:18,21,23 30:6 45:14
    47:11
professional 15:11,24
professionals 15:14 26:14
profits 45:20
programs 12:13
property 7:5
provide 25:8 36:24 37:7,12,14 48:7
provided 37:5
provides 17:4
public 1:16 4:4 60:23
pull 35:22
purchase 28:20,22 48:17 49:20,25
    50:18,22 52:9,11,15 56:3 59:19
purchased 10:25 25:18 28:16,25
    29:6 52:20
purchases 26:2 37:16
purchasing 58:19
pursuant 1:12
put 19:3
P-I-E-R-I-D-E-S 26:9
P.C 2:4
p.m 1:15 44:6,6 59:6,6 60:15
P/E 24:7 54:3

_____
                    Q
quality 24:11,14
quantitative 9:18
quantities 49:15
quarter 34:19
quarterly 36:25 48:9 55:15,18,20
    55:23
quarters 58:16
question 3:11 5:4,8,11,23 18:22
    23:8,10 29:15,16 30:8 52:16 55:5
    59:8
questions 5:3,25 7:16 38:18 50:12
    60:12
quickly 7:16
quite 38:17

_____
                    R
R 2:2 62:2
rally 43:9,12 44:7,9
range 22:18,20 53:20
rank 31:18
rather 41:17
ratio 24:5 29:18 54:3,8,10,14

ratios 24:7
re 1:4
reaching 54:17 58:3
really 26:25 43:9
reason 5:5 6:3 14:18 15:2 16:10
    57:12 58:20
reasons 34:22 49:17
recall 26:3 55:21 56:24 57:3,16,17
received 21:17,25
recent 34:6,14 35:10 38:21
recess 44:5 59:5
recognize 36:15 47:21
recollection 35:12 40:24 41:4
recommendations 10:22 24:19
record 4:9,12 36:7 62:12
records 17:13 40:3
Red 4:15
redacted 57:9
refer 16:8
referenced 39:25 48:10
referred 6:18
referring 16:21 54:3
reflects 51:17 53:10
regard 44:20 45:7
regular 34:2 41:6
regularly 31:18
reinvestment 45:20
related 7:3
relations 40:17 41:7,9
relationship 15:20 16:19,23 18:9
    32:14
relative 24:13 31:21,23 45:10,11
    49:7
relatively 7:16 19:13 40:10
relevant 49:9
relied 53:5
relies 42:10,13
rely 47:5
remember 33:13 41:13,14,16
repeat 23:8 55:4
rephrase 5:8 29:14 52:15 55:5
replacement 35:17
reported 47:6
reporter 5:16
REPORTING 1:21
reports 36:25 37:4 42:6,12,14,15
    48:9 59:15
represent 4:17
representation 41:24
represented 62:9
request 39:20,24
required 36:24 60:7
research 8:3 42:5,9 45:3,7,20
reserved 3:11
residual 24:24
resignation 20:7,21 33:25
resigned 14:19

resigning 15:3
respect 9:17 10:23 25:6 42:10
    59:13
respective 3:5
responsibilities 9:16,21 10:17
    11:22 12:11 15:5
responsibility 16:11 27:2
responsible 15:7,24 16:5 17:8
    19:23 20:19 32:18 51:2
restating 58:11
results 22:16,20
retail 11:5
retired 14:19
retirement 10:2 20:20
review 33:23 45:12 54:17 55:16,17
reviewed 36:14
reviewing 17:9,18
reviews 24:18 55:15,20,23
right 19:8 59:3
rights 7:5
risk 28:10,11
Road 4:14
Robert 14:20 20:7
role 17:20
ross 2:14 4:17
roughly 11:4 55:19
rules 4:24,25
run 7:15
Russell 23:2 28:2
R&D 45:10

_____
                    S
S 2:2 3:2,2
sale 51:17 53:10
sales 37:16
salesman 16:25
same 3:7,17
saw 41:12
saying 29:17
scheduled 34:3
school 8:21
screened 24:9
screening 24:25
sealing 3:6
second 33:16,17 58:15
sector 24:24 25:10 41:23 42:4,10
    42:19 43:11 44:8,17 45:13,24
    46:4,13
sectors 24:23 42:25 44:23
securities 1:5 4:18 8:24 10:24
    21:12 24:4,15 25:8,19 28:17 29:6
    29:10,21,23 30:8 37:8,16 38:19
    48:17 50:18,22 52:9 57:2,7,18
    58:8 59:20
security 8:25 49:8
see 8:13 31:20 42:17 51:20 52:19
seen 32:12

Slimscript Copy: InRe: VEECO INSTRUMENTS; W. Dodge, 12/15/2005

select 24:15
selection 17:19
sell 29:21 39:21 51:23 53:13,16,23
 54:2,10,18 56:25 57:6 58:3
selling 58:8
semester 8:17
senior 9:19 11:17 34:2
sense 18:20,23
sent 35:23
separate 12:16 51:19
September 8:12,22 50:23
service 1:21 31:16 39:9 60:7
services 17:4 42:7
set 10:19 23:13 62:18
Seven 19:19
several 47:19
shares 49:20,25 51:18 52:21 53:10
SHARI 62:3,21
sheet 24:12 37:12 63:2
shell 13:7
short 45:15 59:25
shows 37:13,14
sign 45:8
signed 3:15,17
significant 25:3,5 43:14 53:21
 54:12
significantly 30:13 55:13
signing 20:19
Similar 48:13
since 5:2,17 7:17 53:21
single 42:11
sir 21:15
situation 40:21 55:16
skeptical 26:24
Skirkanich 14:11 20:10,12 27:19
 33:2 35:11 40:18 41:6 50:13,15
 50:16,25 52:2,4
Skirkanich's 35:18
slightly 18:4 30:7
Sloan 26:11 31:17 32:23 35:18
 39:13
slow 9:12
small 11:6 22:22 23:6,21 40:10
sole 13:4 20:21
solely 49:4
solution 47:8
some 4:23,25 5:5 6:2 16:10 36:24
 40:16 41:5 55:18
somehow 58:18
something 21:21 33:24 34:2
sometime 43:10
somewhere 7:2 25:16,25
sorry 15:13 52:11 55:4 56:12
sort 6:14 10:21 36:25 39:24
sound 26:24
sounds 26:13
sources 42:2

SOUTHERN 1:2
speak 30:25 58:6
special 16:18
specialists 47:6,13
specific 7:8 10:22 16:7 17:6 27:10
 41:4 42:22 48:24 55:25 57:17
specifically 21:19,20 29:15 54:19
specifics 47:2
spectrum 23:24 23:21
speculation 41:18 50:6
spell 20:5
spending 45:3,8,10
spoke 50:14 57:25
spoken 50:16
Spring 17:24
Springs 4:14
SPT 36:21
SPT13 36:4,8 61:5
SPT21 36:5,9 61:5
staff 40:22,24 41:11 57:11
stamped 36:8,21
standard 22:17,25 42:7
start 5:23
started 8:13,14,19 12:22
starting 5:20
state 1:16 4:4,9,12 5:24
states 1:1 11:7 39:18
stay 8:10
staying 45:15,18
steel 20:12
steelworkers 1:11 2:4 15:20 16:2,5
 16:11 17:5,10 18:7,10,14,21,24
 19:25 21:13 23:17 25:20 27:24
 28:9,17 29:2,7,12 30:3,10,17,21
 31:2,6,20,24 33:10 34:10 35:5,8
 36:17 37:2,5,23 38:4,6,10,15,24
 39:23 48:4 49:13 50:2 52:21 56:4
 58:7 59:17
stenographically 62:8
still 13:5,7 14:20 21:8 39:7
STIPULATED 3:4,9,14
stock 34:23 51:18,23 52:21 53:11
 53:14,20 54:4 58:19
stocks 10:23 23:22 24:20 34:18
 55:13 56:3
strategies 9:19 23:14
strategist 10:10
strategy 23:18
Street 2:5 42:5,8
strength 46:2,5
strike 18:22 23:10
strongest 32:3
STURTZ 2:20
subject 24:25
subpart 39:18,25
subpoena 1:12
Subscribed 60:19

suffering 60:2
suggests 17:12
Suite 4:14
summary 37:14 47:25 57:8
supervising 19:17
sure 5:25 16:7 28:19 30:22 31:25
 35:19 41:19 43:11 48:25 56:16
 58:24 59:2
sworn 3:15,18 4:3 60:19 62:6
S&P 19:4,14 23:2 28:2
S-L-O-A-N 26:12

T

T 3:2,2 62:2,2
tab 35:24,25 47:16
take 13:11 16:17 19:12 36:10 41:16
 43:22 49:19 51:11
taken 1:12 40:20 41:3 44:5 59:5
 62:7
talk 5:20
talking 5:15 47:12,12 59:8
targeted 48:17
tech 44:21
technical 46:18
technological 45:17,19
technology 25:12 45:5,14,16 46:3,6
 46:8,15,17,19 47:4,10 56:20
telephone 4:20,23 5:2,18 31:10
 60:4
tell 47:23
ten 30:5 58:25
tend 19:21
terminology 17:15
terms 43:13
testified 4:5
testimony 7:12 62:7,7
Thank 60:13,14
their 19:17 23:13 24:23 27:16
 28:11 41:15
things 42:16
think 19:11 26:4 28:11 29:14 31:25
 32:3 38:17 40:19 41:24 42:11
 43:13 44:18 46:16 58:24 59:7,22
third 58:15
thousand 18:5
three 26:16 27:14 28:6,15 29:24
 30:14 31:23 32:15 40:13 42:20
 43:2 51:19 56:16
three-year 43:16
threshold 24:11
through 7:15 18:2,15,25 20:20,24
 21:5,25 36:4,8 43:24 58:24 60:2
 61:5
time 3:11 5:7 6:11 7:2,17 9:2,7
 10:14 11:19 16:3,9,12 19:12 25:2
 25:2,4,4 27:11 28:3 48:20 50:9,14
 51:24 53:11,14,17 54:8,18 57:7

Slimscript Copy: InRe: VEECO INSTRUMENTS; W. Dodge, 12/15/2005

57:14 60:15
**title** 17:20 33:12
**tolerance** 28:9,11
**top** 19:7 32:15 41:15
**total** 11:25 18:3,13
**towards** 44:8
**trade** 42:16 47:7 49:11
**trading** 6:16 24:21
**tradition** 24:3
**traditionally** 22:25
**training** 21:16,24
**transaction** 37:14 49:19,20 57:8
**transactions** 29:10 48:2 52:13 53:8
**transcribed** 62:8
**transcript** 62:11
**trial** 3:12
**true** 32:7 62:11
**trust** 15:21 16:2,6,12,20 17:5,10
    18:7,10,14,21,24 19:25 20:13
    23:17 25:20 27:24 28:18 29:12
    30:10,18,21 31:6 33:10 35:8
    36:18 37:2,6,23,24 38:4,10,16,24
    39:23 48:4 49:14 50:2 52:22 56:5
    58:7 59:17
**Trust's** 28:9 31:2 35:5
**try** 5:2,19 7:15 22:19 23:10
**trying** 46:22 48:22
**turn** 29:21
**turnover** 29:18
**Twice** 6:10
**two** 14:3 19:2,15 26:15 28:6 30:13
    31:23 32:7,15 43:5,8 51:2 52:12
    52:22 53:8 56:15
**type** 7:3 8:6 23:5
**typical** 38:14
**typically** 29:11 31:9

_____

### U

**U** 3:2
**ultimately** 47:14
**unattractive** 54:6
**unattractiveness** 54:7
**under** 22:9 46:8,19 53:21
**undergraduate** 8:16
**underlying** 23:23,24 24:7
**underperformance** 43:15
**underperformed** 43:4,5
**understand** 5:9,11 6:4 22:13 48:25
**understanding** 17:3 23:16
**unique** 46:16
**united** 1:1 11:7
**University** 7:20,21
**unless** 33:24 60:8
**until** 5:20 8:12 10:5 12:19 20:7,9
    44:6
**unusual** 33:25 46:9
**use** 23:19 42:3,5

**used** 39:3 40:8 59:11
**uses** 44:14
**using** 49:8
**usually** 6:18 29:24

_____

### V

**value** 16:16 22:15,18,20,23 23:19
    23:21 24:2 28:3 29:19 37:9
**Vance** 14:6,10
**variable** 46:17
**varies** 25:4
**various** 57:10
**veeco** 1:4 2:11 4:18 25:10,14,16,18
    34:10,13,22 35:4 38:24 40:15
    41:21 43:19 48:2 50:9,19,22
    51:18,23 52:9,21 53:10,14 55:22
    56:3,9,19,25 57:19 58:2,4,10,18
    58:19 59:13,19
**Veeco's** 40:4
**versus** 16:19 13:3 31:18 37:13
**very** 5:19,22 16:16,18 42:22
**viability** 46:19
**view** 32:22,24
**voice** 31:3
**V-A-N-C-E** 14:6

_____

### W

**W** 4:2
**Wait** 10:8
**waived** 3:7
**Wall** 42:5,8
**wallin** 2:14 4:8,17 23:9 35:21 36:7
    43:22 58:22 59:22 60:8,13
**want** 23:19 35:20 49:16 59:2
**wanted** 48:22
**Washington** 2:19 8:25 9:6,6 17:2
    25:25
**watch** 55:9
**way** 4:21 56:22
**weekly** 26:19 55:11,11,19
**well** 10:24 11:6,8 17:8 22:5,14 32:5
    32:8 33:5 37:17 39:4 43:6 47:5
    48:16 51:3 55:9 57:5 60:5
**well-diversified** 28:2
**went** 35:13
**were** 6:11,19,20,21,24 7:9 9:7,21
    9:25 10:2,17 11:4,5,22 12:2,11,24
    13:3 33:2,5 37:18 39:17 40:22
    41:11 48:10 51:8 54:12 56:14
    59:9
**we're** 4:25 24:4 31:20,25 32:2,4
    49:6 54:4 60:9
**we've** 32:14
**whatever's** 42:18
**WHEREOF** 62:18
**whole** 42:20
**wide** 19:13

**william** 1:12 2:18 4:11 60:17 62:4
**Wilmington** 9:15 11:15
**withdrawals** 37:18
**witness** 5:14 6:22 27:8 60:5 62:5,12
    62:18
**Witter** 10:12,20 11:10,13
**woman** 41:17
**woman's** 41:13
**word** 39:3
**words** 23:6 48:6 49:3
**work** 13:19
**worked** 10:7
**working** 8:19
**works** 17:16
**wouldn't** 39:6
**written** 31:12 39:4

_____

### X

**x** 1:3,7
**xxxxx** 2:22 3:21

_____

### Y

**year** 8:18 16:9 20:9,14 29:13,20
    32:4,9,11,13 33:24 34:3,20 53:22
**years** 19:2,15 28:6,15 29:24 30:14
    31:23 32:8 40:13 42:21 43:2,6,8
    56:13,16,16 57:20
**yield** 37:9
**york** 1:2,14,14,17,22 2:13,13 4:4
    10:13 40:9

_____

### $

**$250,000** 22:10
**$4.3** 9:23

_____

### 0

**04** 20:21,24 56:6
**07701** 4:15

_____

### 1

**1** 10:16 32:2 36:6,12,5 39:16 61:4
**1/02/1997** 48:3
**10** 36:20 39:17
**1000** 28:2
**10166** 1:15
**10166-1093** 2:13
**10271** 1:22
**11/28/05** 48:3
**12** 47:16,17 49:12 51:17 52:10,19
    53:9 57:9
**120** 1:22
**122** 4:14
**14th** 52:13
**15** 1:15 39:18,25
**15th** 62:5
**16** 36:22
**1622** 2:5
**17th** 52:13

_____

Slimscript Copy:  InRe:  VEECO INSTRUMENTS;  W. Dodge, 12/15/2005

**1800** 2:18
**19103** 2:6
**1975** 8:17
**1976** 7:21 8:19
**1979** 8:12 9:3
**1980** 7:19
**1981** 9:3,10 25:16,25
**1982** 25:25
**1983** 9:10
**1988** 6:13
**1991** 10:5,16
**1996** 10:16 11:21
**1998** 11:21

---
**2**

**2** 32:2,4
**2.5** 11:4
**2:00** 1:15
**200** 1:14 2:12
**2000** 20:9,15 49:21 50:9
**2001** 50:19
**2002** 12:19
**2003** 43:10,10 44:8
**20036** 2:19
**2004** 14:16 51:19 52:14,23 56:21
   58:16
**2005** 1:15 13:12,20 14:24 17:24
   20:3,25 21:5,6 52:10 53:9 56:21
   57:2 58:11 60:20 62:5,19
**21** 35:25
**212-732-8066** 1:23
**23003** 50:23
**24th** 50:23
**25** 29:22 50:19 53:9
**29** 49:21
**29th** 50:9

---
**3**

**3:45** 44:3,6
**3:50** 44:3,6
**30** 29:22
**31** 12:19
**31st** 29:20 34:20
**331** 4:14
**36** 61:4

---
**4**

**4** 36:20 39:17
**4:22** 59:6
**4:27** 59:6
**4:32** 60:15
**40,000** 51:18 52:20 53:10
**48th** 1:14

---
**5**

**500** 23:2 28:2
**53** 30:11

**54** 12:14

---
**6**

**6** 51:19
**600** 12:4

---
**7**

**7th** 14:15
**78** 7:2
**79** 7:2

---
**8**

**8** 21:5
**8th** 14:24 20:25
**80** 24:6
**80s** 25:17

---
**9**

**9** 13:20
**9th** 13:12