Exhibit B-1



**Solutions for a nanoscale world.**

# VEECO INSTRUMENTS INC.

## SMITH BARNEY CITIGROUP
## 2004 TECHNOLOGY CONFERENCE

## SEPTEMBER 8, 2004

Ed Braun
Chairman & CEO

# VEECO PROVIDES ENABLING NANOSCALE PROCESS EQUIPMENT AND METROLOGY SOLUTIONS TO MULTIPLE GROWTH MARKETS

## Data Storage



**80 and 160 GB; microdrives**

## Semiconductor



**90 and 65 nm; 300mm**

## Compound Semi/Wireless



**HB-LEDs, WiFi, camera cell phones**

## Scientific Research



**Nanotech & Life Science**



# VEECO LEVERAGES CORE TECHNOLOGIES IN GROWTH MARKETS

## WHAT WE DO...

**PROCESS EQUIPMENT (ADD AND REMOVE MATERIAL)**



**ION BEAM DEPOSITION**
**EPITAXIAL DEPOSTION**



**ION BEAM ETCH**

**METROLOGY (IMAGE, MEASURE MANIPULATE)**



**ATOMIC FORCE MICROSCOPY**
**OPTICAL INTERFEROMETRY**

## MARKETS WE SERVE...

**1H '04 REVENUE ($197.4M;UP 42%)**



*Multiple markets provide stable growth offsetting individual market volatility…Broader opportunities than silicon semiconductor*



# LEADERSHIP TECHNOLOGIES SERVING MULTIPLE MARKETS



**PROCESS EQUIPMENT**

**METROLOGY**

IBE  PVD  IBD  MBE  MOVCD  PRECISION LAPPING

ATOMIC FORCE MICROSCOPY, OPTICAL PROFILOMETERS

**DATA STORAGE**

**SEMI/WIRELESS**

**SCIENTIFIC RESEARCH**

*USE PRODUCT LEADERSHIP TO CREATE CRITICAL MASS IN KEY MARKETS, AT KEY ACCOUNTS*



# SERVING INDUSTRY LEADERS

| MARKETS | PRODUCTS | CUSTOMERS |
|---|---|---|
| *Data Storage* | *#1 Equipment Supplier for TFMHs;*<br><br>*Etch, Deposition, Lapping and Metrology* |  |
| *Wireless & Compound Semi* | *Only Broad line Equipment and Metrology Supplier*<br><br>*MBE, MOCVD (Epitaxial Deposition) and Metrology* |  |
| *Semiconductor* | *#1 3D AFM Metrology*<br><br>*Automated Atomic Force Microscopy and Optical Profilers* |  |
| *Scientific Research* | *#1 AFMs, SPMs and Optical Profilers*<br><br>*Breadth of research solutions* |  |

# VEECO 2004 INVESTMENT THEMES

- We are a leading supplier of enabling technology for converging data storage, semiconductor/compound semi and HB LED, color display growth opportunities

- In the post PC era…microdrives, HB LEDs, color displays, and wireless technology will enable a wave of new high volume, digital consumer electronics for mass markets

- A diverse market and product mix allows Veeco a broader customer and product technology base than most other semi equipment companies

- Nanotechnology, smaller form factors, higher density and new materials will drive extensions of:
  - Moore's Law            20nm feature size
  - Areal Density          1 Tb/in²
  - Large high resolution, high brightness color displays





**2004 Forecast ...a revenue and earnings recovery year**

*\*Exclusive of non-recurring charges*
*Δ Street consensus ($M)*

SALES

| '94 | '95 | '96 | '97 | '98 | '99 | '00 | '01 | '02 | '03 | '04 |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| $86.1 | $131.8 | $199.5 | $266.6 | $263.4 | $312.4 | $376.1 | $449.3 | $298.9 | $279.0 | $412.9 |

10 YR. CAGR 17%

Δ Forecast

EBITA

| '94 | '95 | '96 | '97 | '98 | '99 | '00 | '01 | '02 | '03 | '04 |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| $8.3* | $24.4* | $38.1 | $45.7* | $30.4* | $45.3* | $44.1* | $58.0* | $1.3* | $13.0* | $45.6 |

10 YR. CAGR 19%

Δ Forecast

- **Our Company was founded in 1990 with sales of $30 million and went public in 1994**
- **10 year revenue growth from $86M to $413M...+17%  CG per year ('94-'04)**



SBC 090804-EHB

7

# VEECO MULTI-MARKET GROWTH OPPORTUNITY

**Data Storage**          Continued 80 GB production ramp, development of next generation 120/ 160 GB drives and advanced development of (perpendicular heads) for 2005/2006. Microdrives to enable new wireless consumer products (Ipod, TiVo, camera/cell phones)

**Semiconductor**          Complete 90nm, 300 mm ramp, development of 65nm, 45nm

**Wireless**          Explosive growth of Blue LED's for backlighting of color displays, handheld camera/ cell phone, large color screens, PDA, Wi Max, automotive, solid state lighting and RF devices

**Scientific Research**          Continued strength of research AFMs/SPMs

Nanoscience emerges (life sciences, material sciences genomics)

> ***The content of Veeco's enabling technologies increases in new consumer applications***



# VEECO: EQUIPMENT FOR HIGH GROWTH DIGITAL, WIRELESS CONSUMER PRODUCTS

*TiVo*



*HDD for DVR/DVT*

**+35.9% CAGR '02-'08**

*GPS*



*HDD for GPS; Auto Nav.*

**+61.4% CAGR '02-'08**

*MP4 Video*



*HDD for Digital Cameras, Audio Players.*

**+33.6% CAGR '02-'08**

*These consumer products represent the convergence of Semiconductor chips, wireless chips, microdrives, high resolution color displays, and high brightness LEDs*

*Flat Panel Display Backlighting*

**+145.7% CAGR '02-'08**



*LCDs Backlighting*

**+159.2% CAGR '02-'08**

*HB-LED Headlights*



*LEDs…signs;mobile; illumination*

*Home Media Server*



**+71.2% CAGR '02-'08**

*HDDs for Home Networking*



*Wireless Mobile Consumer Products*

Veeco

# VEECO IN A BROAD MULTI MARKET RECOVERY

$M

**ORDERS**

*Orders doubled in 3 quarters*

- Q1 2003: $72.7
- Q2 2003: $64.0
- Q3 2003: $64.0
- Q4 2003: $96.8
- Q1 2004: $117
- Q2 2004: *$124.7M

2003 | 2004

**REVENUE**

*Revenue up 50% in 3 quarters*

- Q1 2003: $65.8
- Q2 2003: $73.4
- Q3 2003: $63.1
- Q4 2003: $76.9
- Q1 2004: $94.5
- Q2 2004: *$103M

2003 | 2004

**EBITA**

*EBITA triples in 3 quarters*

- Q1 2003: $3.0
- Q2 2003: $3.2
- Q3 2003: $3.3
- Q4 2003: $3.5
- Q1 2004: $7.5
- Q2 2004: *$9.3M

2003 | 2004

**Q2 Backlog increased to $164M**



# VEECO GROWTH OPPORTUNITY BY MARKET



**FCST Veeco Growth** ('03-'04)

**FCST Industry Growth** ('04-'05)

*$486M\*\*\* +17% y/y*

Sales ($ Millions)

*$415M\* +49% y/y*

*$279M*

**2003 — 2004E — 2005E**

2003: Scientific Research 109, Data Storage 90, Semiconductor 40, Compound Semi/Wireless 39

2004E: Scientific Research 115, Data Storage 140, Semiconductor 60, Compound Semi/Wireless 100

2005E: Scientific Research 125, Data Storage 157, Semiconductor 71, Compound Semi/Wireless 133

Growth ('03-'04): 150%, 50%, 55%, 5%

Growth ('04-'05): 33%, 18%, 12%, 6%

**Compound Semi/Wireless**
*(Source:Strategies Unlimited/ Lighting)*

**Semiconductor**
*(Source:VLSI Semi Equipment)*

**Data Storage**
*(Source:Trend Focus: TFMH)*

**Scientific Research**
*(Source:GNP)*

*\* 2004 Analysts' Consensus*
*\*\*\* Veeco 2005 Assuming Growth Per Industry Forecast*



# DIVERSITY OF MULTIPLE MARKETS, PRODUCTS AND GEOGRAPHIC PENETRATION



**MULTIPLE PRODUCTS**
- Process Equipment 59%
- Metrology 41%

**MULTIPLE MARKETS**
- Scientific Res. 26%
- Semi/CS/Wireless 39%
- Data Storage 35%

**MULTIPLE REGIONS**
- Europe 18%
- Asia Pacific 30%
- Japan 15%
- US 37%

*Q2 2004 Sales $102.9M, up 40%*







**MARKETS**



**There are 1.5 billion mobile phones in the world today. They browse the Web, take pictures, send email, watch movies and play games. Soon they could make your PC obsolete.**





- Convergence of Semi/Data Storage/Wireless creates a new class of high volume, high growth consumer products with explosive unit growth from 2004-2007

- Wireless mobile consumer products (including cell phones) will approach 2 billion units by 2010… Compared to the installed base of 500 million PC's



# HOME OF THE (NEAR) FUTURE

## By 2010 each household will own 10 HDD's*

### Mobile Applications

### Home Applications



**New Microdrive (.85 dia.)**



**Home Media Server**

**TiVo/DVR**



**MP4 Video**

**Laptop**



**MP3 Music (i.e., iPod)**

**Entertainment Centers/PCs**

**Game (Xbox, PlayStation, etc)**



**Mobile Phone**



**Automobile GPS Navigation**

Veeco

**SBC 090804-EHB**

* Source: Hitachi Global Storage Technologies

# HARD DISK DRIVE GROWTH STORY
## *…opportunity for unit growth to double*





# TFMH FORECASTED GROWTH (REVENUE AND UNITS) TO REACH RECORD LEVELS



**CE Examples**
- *MP3 (Microdrive)*
- *MP4 (Microdrive)*
- *Digital Photo (Microdrive)*
- *TiVo*
- *Automobile GPS*
- *Other*

*"In 5-7 Years Consumer Electronic HDD could = PC shipments"*
*Bill Watkins, Seagate March 2004 Diskcon Singapore*



**SBC 090804-EHB**

18

# VEECO'S DATA STORAGE OPPORTUNITY: SHRINKING DIMENSIONS REQUIRE "RE-TOOLING"

Areal density roadmap increases (50% per year) toward CPP (perpendicular recording) capable of 1 Terabit/in² (2006)… will require new manufacturing technology





## TFMH Technology Changes Drive Capital Equipment Growth



**Microdrives**



**Slider Shrinks**



**Reader & Writer Development**





# VEECO'S DATA STORAGE OPPORTUNITY: INDUSTRY'S BROADEST LINE OF ETCH, DEPOSITION AND METROLOGY

- Industry's broadest line of etch, deposition and metrology

- Industry's largest installed base (3,000 systems in the field)…Strong key account relationships

- Aii lapping, dicing and slicing … total slider fab solution opportunity…first saw order

- Customers currently require upgrade and new technology…for 80 GB ramp, intro of 120GB and research for CPP… Veeco launches NEXUS etch and deposition solutions

- ***First half orders    $71.4M (up 45% vs '03)***
  ***revenue $67.0M (up 54% vs '03)***



# VEECO: IN EVERY STEP OF YOUR TFMH PROCESS





- Veeco is the leading supplier of thin-film process equipment and metrology solutions to the compound semiconductor industry
  - Unique ability to provide both MBE and MOCVD – two epitaxial technologies that determine functionality and performance of devices
  - Strategy to become a "one-stop shop" for equipment

- Growth in camera/ cell phone applications. Fully featured phones include >20 compound semi devices per phone. Cell phone sales expected to nearly double to 750M units by 2008

- LED backlighting growth opportunity to include larger color display applications (mobile PC's and flat panel TV displays)

- New automotive applications, headlights, fog lights and instrument panel displays

- Record Q2 orders $51.1M, total of 26 MOCVD and 7 MBE systems, included 6 multiple system orders

- ***First half orders    $90.2M up 346% vs '03***
  ***revenue $45.2M up 145% vs '03***





Source: Samsung BLUE 2004

SBC 090804-EHB

24