UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re VEECO INSTRUMENTS, INC. :
SECURITIES LITIGATION :
------------------------------------------------------- x
------------------------------------------------------- x
THIS DOCUMENT RELATES TO :
ALL ACTIONS :
------------------------------------------------------- x

Case No.: 7:05-md-01695 (CM)(GAY)

## [PROPOSED] ORDER

Upon consideration of Lead Plaintiff's motion to this Court to vacate and reverse, in part, the Discovery Order of Magistrate Judge George A. Yanthis signed January 26, 2007, and this Court having considered any opposition thereto, IT IS HEREBY ORDERED that Lead Plaintiff's Motion is GRANTED, the Discovery Order of Magistrate Judge George A. Yanthis signed January 26, 2007 is Vacated as it pertains to Defendants' Interrogatories No. 4-15 and Defendants' motion to compel Lead Plaintiffs' responses to Interrogatories No. 4-15 is DENIED.

**IT IS SO ORDERED**:

Date: _____, 2007

_____
Honorable Colleen McMahon
United States District Court Judge

413335.wpd