# Exhibit B

# Wallin, J. Ross

| | |
|---|---|
| **From:** | Wallin, J. Ross |
| **Sent:** | Monday, December 04, 2006 7:10 PM |
| **To:** | Sherrie Savett |
| **Cc:** | 'Phyllis Parker'; Herfort, John A.; Serio, Robert F. |
| **Subject:** | Veeco deposition schedule |
| **Attachments:** | GDC-Schedule.pdf |

Sherrie,

**REDACTED**

Ross Wallin
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
(212) 351-5395



GDC-Schedule.pdf
(14 KB)

1

**Deposition Schedule – GD&C draft**
**04-Dec-06**

# December 2006

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
|  |  |  |  |  | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 REDACTED | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 |  |  |  |  |  |  |

# January 2007

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 REDACTED 24 | | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | 1 | 2 |  |