# Exhibit C

# GIBSON, DUNN & CRUTCHER LLP
## LAWYERS
A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

200 Park Avenue  New York, New York 10166-0193
(212) 351-4000
www.gibsondunn.com

rwallin@gibsondunn.com

January 19, 2007

Direct Dial
(212) 351-5395

Fax No.
(212) 351-6223

Client No.
T 94625-00001

VIA EMAIL

Phyllis M. Parker, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103-6305

Re:   *In re Veeco Instruments Inc. Sec. Litig.*, 05 MD 1695 (CM)(GAY)

Dear Phyllis:

REDACTED

REDACTED

## GIBSON, DUNN & CRUTCHER LLP

Phyllis M. Parker, Esq.
January 19, 2007
Page 2

**REDACTED**

**REDACTED**

Please let me know if this proposed schedule is agreeable.

Sincerely,

*Ross Wallin*

Ross Wallin

cc:  Robert I. Harwood, Esq.
     John A. Herfort, Esq.
     Robert F. Serio, Esq.