# Exhibit D

# GIBSON, DUNN & CRUTCHER LLP
## LAWYERS
A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

200 Park Avenue  New York, New York 10166-0193

(212) 351-4000

www.gibsondunn.com

rwallin@gibsondunn.com

January 25, 2007

Direct Dial
(212) 351-5395

Fax No.
(212) 351-6223

Client No.
T 94625-00001

VIA EMAIL

Phyllis M. Parker, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103-6305

Re:    *In re Veeco Instruments Inc. Sec. Litig., 05 MD 1695 (CM)(GAY)*

Dear Phyllis:

I received your letter dated January 24, 2007 concerning scheduling of depositions. As I'm sure your realize, Plaintiffs' continued insistence on deposing witnesses in a particular order, and continued refusal to accept depositions dates offered by Defendants is making scheduling extremely difficult. We agreed to extend the discovery schedule through February in part to

**REDACTED**

We will not agree to a schedule that similarly packs the depositions of all of these witnesses into the last few days of February. Indeed, it likely would be impossible for us to schedule all of our witnesses for depositions at the end of February, even if we wanted to do so. In particular,

**REDACTED**

**REDACTED**

LOS ANGELES  NEW YORK  WASHINGTON, D.C.  SAN FRANCISCO  PALO ALTO
LONDON  PARIS  MUNICH  BRUSSELS  ORANGE COUNTY  CENTURY CITY  DALLAS  DENVER

## GIBSON, DUNN & CRUTCHER LLP

Phyllis M. Parker, Esq.
January 25, 2007
Page 2


       Please confirm no later than noon on January 29 that you will go forward with those depositions on those dates.

Sincerely,

Ross Wallin

cc:    Robert I. Harwood, Esq.
       John A. Herfort, Esq.
       Robert F. Serio, Esq.