# Exhibit E

# GIBSON, DUNN & CRUTCHER LLP

LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

200 Park Avenue  New York, New York 10166-0193
(212) 351-4000
www.gibsondunn.com

rwallin@gibsondunn.com

January 31, 2007

Direct Dial
(212) 351-5395

Fax No.
(212) 351-6223

Client No.
T 94625-00001

VIA EMAIL

Phyllis M. Parker, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103-6305

Re:  *In re Veeco Instruments Inc. Sec. Litig., 05 MD 1695 (CM)(GAY)*

Dear Phyllis:

We are going around in circles on scheduling. To put it charitably, your insistence on rejecting every date we propose is counterproductive. Nothing in the Federal Rules gives you the right to depose witnesses on exactly the days that you choose, and in exactly the order you choose, without regard to the witnesses' availability or opposing counsel's schedules (including meeting with the witnesses in advance of their depositions)

**REDACTED**

**REDACTED**

## GIBSON, DUNN & CRUTCHER LLP

Phyllis M. Parker, Esq.
January 31, 2007
Page 2

proposed. Given the number of lawyers working on this case, I'm confident that you can find someone to cover these depositions.

Sincerely,

Ross Wallin

cc: Robert I. Harwood, Esq.
John A. Herfort, Esq.
Robert F. Serio, Esq.