# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.          :        Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION                  :
------------------------------------------------- x
------------------------------------------------- x
THIS DOCUMENT RELATES TO               :
ALL ACTIONS                            :

------------------------------------------------- x
```

## CERTIFICATE OF SERVICE

I, hereby certify that on June 6, 2007, a true and correct copies of Lead Plaintiff's Notice of Motion and Motion for an Order Granting Lead Plaintiff's First Motion in *Limine*; Proposed Order; Memorandum of Law in Support of Lead Plaintiff's First Motion in *Limine* (***filed under seal***); Declaration of Phyllis M. Parker in Support of Lead Plaintiff's Memorandum of Law in Support of Lead Plaintiff's First Motion in *Limine* (exhibit ***filed under seal***); Lead Plaintiff's Notice of Motion and Motion for an Order Granting Lead Plaintiff's Second and Third Motions in *Limine*; Proposed Order; and Memorandum of Law in Support of Lead Plaintiff's Second and Third Motions in *Limine* were served upon the following Counsel via electronic means:

John A. Herfort, Esq.
Robert J. Serio, Esq
J. Ross Wallin, Esq.
Colin R. Young, Esq.
**GIBSON, DUNN& CRUTCHER LLP**
200 Park Avenue
New York, NY 10166

*Counsel for Defendants*

Robert I. Harwood, Esq.
Jeffrey M. Norton, Esq.
Jennifer K. Hirsh, Esq.
**HARWOOD FEFFER LLP**
488 Madison Avenue
New York, NY 10022

*Counsel for Derivative Plaintiffs*

416395_00.wpd

Nadeem Faruqi, Esq.
Shane T. Rowley, Esq.
Beth Keller, Esq.
**FARUQI & FARUQI LLP**
369 Lexington Ave., 10th Floor
New York, NY 10017

Paul J. Scarlato, Esq.
Brian D. Penny, Esq.
**GOLDMAN SCARLATO & KARON, P.C.**
101 West Elm Street
Conshohocken, PA 19428

Robert B. Weiser, Esq.
**THE WEISER LAW FIRM, P.C.**
121 North Wayne Ave.
Wayne, PA 19087

***Counsel for Derivative Plaintiffs***

_____
Phyllis M. Parker