# EXHIBIT 1

Case 1:05-cv-07447-CM  Document 151-4  Filed 10/26/2007  Page 1 of 2

**IN RE VEECO INSTRUMENTS INC. SECURITIES LITIGATION**
**FIRM: BERGER & MONTAGUE, P.C.**
**LODESTAR ANALYSIS FROM INCEPTION THROUGH OCTOBER 18, 2007**

| Professional | Total Hours | Hourly Rate | Lodestar |
|---|---:|---:|---:|
| **Shareholders (Partners):** | | | |
| Sherrie R. Savett | 231.70 | 700 | $ 162,190.00 |
| Carole A. Broderick* | 1,684.50 | 575 | $ 968,587.50 |
| Barbara A. Podell | 16.50 | 575 | $ 9,487.50 |
| Gary E. Cantor | 133.70 | 575 | $ 76,877.50 |
| Arthur Stock | 289.00 | 495 | $ 143,055.00 |
| Susan S. Thomas | 0.50 | 550 | $ 275.00 |
| Michael T. Fantini | 27.60 | 425 | $ 11,730.00 |
| Douglas M. Risen | 124.00 | 425 | $ 52,700.00 |
| Glen Abramson | 11.20 | 425 | $ 4,760.00 |
| Phyllis M. Parker* | 3,148.90 | 425 | $1,338,282.50 |
| **Associates:** | | | |
| Lane Vines | 0.40 | | |
| Casey M. Preston | 95.20 | 365 | $ 34,748.00 |
| Shoshana Savett | 660.20 | 325 | $ 214,565.00 |
| Jonathan Lambiras | 31.40 | 325 | $ 10,205.00 |
| Jonathan H. Stanwood | 0.50 | 300 | $ 150.00 |
| Jeff Osterwise* | 2,561.20 | 285 | $ 729,942.00 |
| **Contract Attorneys:** | | | |
| Roslyn G. Pollack | 9.10 | 575 | $ 5,232.50 |
| Genna D. Kidd | 399.00 | 450 | $ 179,550.00 |
| **Attorney Total** | **9,424.60** | | **$3,942,337.50** |
| | | | |
| **Other/Investigator:** | | | |
| Donald S. Richards | 479.90 | 375 | $ 179,962.50 |
| **Paralegals:** | | | |
| P.V. Telang | 121.00 | 225 | $ 27,225.00 |
| Nina L. Fischer | 5.70 | 225 | $ 1,282.50 |
| Sharon F. Davis | 1,379.90 | 225 | $ 310,477.50 |
| Karen M. Markert | 1.00 | 225 | $ 225.00 |
| Kimberly A. Walker | 8.00 | 225 | $ 1,800.00 |
| Amy E. Bloom | 4.50 | 210 | $ 945.00 |
| June M. Cusack | 149.60 | 200 | $ 29,920.00 |
| Diane S. Werwinski | 4.00 | 200 | $ 800.00 |
| Shawn L. Matteo | 2.00 | 200 | $ 400.00 |
| Mark R. Stein | 7.00 | 200 | $ 1,400.00 |
| Carol Brotstein | 102.00 | 200 | $ 20,400.00 |
| Todd B. Siegel | 15.00 | 200 | $ 3,000.00 |
| Liam B. Sweeney | 66.50 | 195 | $ 12,967.50 |
| Seth Schriftman | 38.70 | 195 | $ 7,546.50 |
| Eleanor DeLeon | 256.60 | 190 | $ 48,754.00 |
| T.S. Twersky | 108.66 | 40 | $ 4,346.40 |
| Y.M. Twersky | 11.10 | 40 | $ 444.00 |
| **Paralegal/Other Total** | **2,761.16** | | **$ 651,895.90** |
| **GRAND TOTAL** | **12,185.76** | | **$4,594,233.40** |

*The lodestar includes additional time in the amount of 5 hours for Carole A. Broderick, 8 hours for Phyllis M. Parker and 8 hours for Jeff Osterwise in connection with finalizing the settlement papers and preparation for and attendance at the final settlement hearing scheduled for November 7, 2007.

**EXHIBIT 1**