# EXHIBIT C

```
Veeco Instruments Inc. Securities Litigation
Heffler, Redetich & Saitta LLP
          Sir:
          I WANT TO BE EXCLUDED FROM THE SETTLEMENT
IN Re Veeco Instruments Inc. Securities Litigation,Case No.:
7:05-md-016 (CM) (GAY).
          HAROLD P. HOUSER
          501 N. CAMDEN DR.
          FORT WAYNE, IN. 46825
          Phone: 260-471 3383

description    buy        sold      receive     cost
Veeco Instr.  06-07-04   04-27-06   2230.73    2603.oo
          THANK YOU.
```

*Harold P. Houser* 09-20-07.

Veeco Instruments Inc. Securities Litigation
Heffler, Radetich & Saitta LLP
P.O. Box 59027
Philadelphia, PA 19102-9027

Harold Houser
501 N. Camden Dr.
Fort Wayne, IN 46825-5408

PRIORITY MAIL
UNITED STATES POSTAL SERVICE®

Apply Priority Mail Postage Here

U.S. POSTAGE
PAID
FORT WAYNE, IN
46805
SEP 21 07
AMOUNT
$5.25
0002342G-01

0000    19102

UNITED STATES
POSTAL SERVICE

09/24/07
3.54

United States Postal Service®

DELIVERY CONFIRMATION™

0306 1070 0004 1690 6719